**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**    RECEIVED

2005 JUN -6  A 10: 28

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BerT "Alonzo" Saylor  # 170237    )
_____    )
Full name and prison number    )
of plaintiff(s)    )
    )
    )
v.    )
    )    CIVIL ACTION NO. 2:05CV536-T
    )    (To be supplied by Clerk of
Warden James Deloach    )    U.S. District Court)
Captain Joseph Womble    )
LT. V. Helms    )
_____    )
    )
_____    )
    )
    )
_____    )
Name of person (s) who violated    )
your constitutional rights.    )
(List the names of all the    )
persons.)    )

I.    PREVIOUS LAWSUITS
   A.    Have you begun other lawsuits in state or federal court dealing with
         the      same      or      similar      facts      involved      in      this
         action?    YES (   )    NO ( ✓ )

   B.    Have you begun other lawsuits in state or federal court relating to your
         imprisonment?    YES (   )    NO ( ✓ )

   C.    If your answer to A or B is yes, describe each lawsuit in the space
         below. (If there is more than one lawsuit, describe the additional
         lawsuits on another piece of paper, using the same outline.)

      1.    Parties to this previous lawsuit:

            Plaintiff(s) _____ N|A _____

            Defendant(s) _____ N|A _____

            _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____ N|A _____

3. Docket number _____ N|A _____

4. Name of judge to whom case was assigned _____

_____ N|A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __ N|A _____

_____

6. Approximate date of filing lawsuit _ N|A _____

7. Approximate date of disposition __ N|A _____

II. PLACE OF PRESENT CONFINEMENT  W. E. Donaldson _____

_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____
DraPer Corr. Center / DCC

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | JAMES DeloAch | PO Box 1107, Elmore, Al. 36025 |
| 2. | Joseph Womble | PO Box 1107, Elmore, Al. 36025 |
| 3. | V. Helms | PO Box 1107, Elmore, Al. 36025 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED From Feb. 5th 05 —
March 21nd, 2005

2

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: UnADEQUATE Fire Safety / INADEQUATE Access To Law Library And Notary Servises

SUPPORTING FACTS: From 2/5/05 - 3/21/05 at DCC AT NO Time WAS There Adequate Access To The law library NOR NoTARY SeRvises, NOR Any collaboration iN LAw Library Research Possialbe, NOR Access To CouRTs WAS Possialbe

Also There is No Sprinkler System Through Out The Dcc Seg. Unit Which Holds 46 INmaTes AT The Max. This is INdangering INmates lives, This Fire Hazard

GROUND TWO: INADEQUATE And UNCONSTITUTIONAL UnSANITY SHoweR And LAunDRy CONDITIONS

SUPPORTING FACTS: DRAPER Seg. UniT has "No" LAuNDRy SeRvises Which IS UNHEATHIY. AT No TimE DOES INMATES PeRsONAL LAuNDRy IS WASH, OR DOES STATE WHITES WASH OR EXCHANGE.

The SHoweR IS UNHEATHY AS Well, There IS No RuBBER MATS INSIDE OK OUT of The SHoweR Area, Which is a Heath Hazard.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR
YOU.  MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

For adequate Changes to be made to the DCC Seg Unit &
all violations Corrected. And For the defendants each
to pay the Sum oF 10 thousand dollars each
For damages suffer dureing this period.(2|5 - 3|21 2005)

_Bert Alonzo Saylr_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on ___5|16|05___ .
(Date)

_Bert Alonzo Sayl_
Signature of plaintiff(s)

4