# IN THE UNITED STATES DISTRICT COURT FOR *RECEIVED*

## THE MIDDLE DISTRICT OF ALABAMA 2005 JUN -6  A 10: 28

### AFFIDAVIT IN SUPPORT OF REQUEST
### TO PROCEED IN FORMA PAUPERIS

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Beet A. Saylor #170237
_____
Plaintiff(s)

2:05CV536·T

vs.

Warden James Deloach
_____
Defendant(s)

I, Beet A. Saylor_____, being first duly sworn, depose
and say that I am the plaintiff in the above entitled case; that in support of
my motion to proceed without being required to prepay fees, costs or give security
therefor, I state that because of my poverty I am unable to pay the costs of
said proceeding or to give security therefor; that I believe I am entitled to
relief. I recognize that I may be prosecuted for any false statement which I
may make herein.

I further swear that the responses which I have made to questions and
instructions below is true.

1.  Are you presently employed?     YES ( )   NO (✓)

    A.  If the answer is YES, state the amount of your salary or wages per
        month, and give the name and address of your employer.

        _____

        _____

    B.  If the answer is NO, state the date of last employment and the amount
        of salary and wages per month which you received.
        1990, apr. earning $250 monthly. _____

2.  Have you received within the past twelve months any money from any of
    the following sources?

    A.  Business, profession or form of self-employment?  YES ( )   NO (✓)
    B.  Rent payments, interest or dividends?    YES ( )   NO (✓)
    C.  Pensions, annuities or life insurance payments?  YES ( )   NO (✓)
    D.  Gifts or inheritances?    YES ( )   NO (✓)
    E.  Any other sources?    YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]    YES ( )    NO ( ✓)

If the answer is YES, state the total value of the items owned.

_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )    NO ( ✓)

If the answer is YES, describe the property and state its approximate value.

_____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____ N|A _____
_____
_____
_____

*Bert A. Saylor*
Signature of Affiant

STATE OF ALABAMA        )
COUNTY OF _____ )

Before me, a notary public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief. *Bert Say___* 17023 ⌐
Signature of Affiant

Sworn to and subscribed before me this *16th* day of *May*, *2005*.

*James A Beachem*
Notary Public

*JEFFERSON* _____ County, Alabama

OR    My Commission Expires
8-25-2008

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/16/05___ .

(date)

_Bert A Sayl_

Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _0.18_ on account to his credit at the ___Wm. E. Donaldson___ institution where he is confined.   I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1.  $ _____ on the 1st day of _____
2.  $ _____ on the 1st day of _____
3.  $ _____ on the 1st day of _____
4.  $ _____ on the 1st day of _____
5.  $ _____ on the 1st day of _____
6.  $ _____ on the 1st day of _____

~~COPY FOR COURT~~

COPY FOR COURT
ATTACHED

DATE _5/16/05_

_James A Beachem_

_____
Authorized Officer of Institution

My Commission expires
9-25-2008

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
W.E. DONALDSON CORR. FACILITY

AIS #: 170237        NAME: SAYLOR, BERT ALONZO            AS OF: 05/16/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| MAY   | 15        | $0.00             | $0.00            |
| JUN   | 30        | $0.00             | $0.00            |
| JUL   | 31        | $0.00             | $0.00            |
| AUG   | 31        | $0.00             | $0.00            |
| SEP   | 30        | $0.00             | $0.00            |
| OCT   | 31        | $0.00             | $0.00            |
| NOV   | 30        | $0.00             | $0.00            |
| DEC   | 31        | $0.00             | $0.00            |
| JAN   | 31        | $0.00             | $0.00            |
| FEB   | 28        | $0.00             | $0.00            |
| MAR   | 31        | $0.00             | $0.00            |
| APR   | 30        | $0.05             | $0.18            |
| MAY   | 16        | $0.18             | $0.00            |

COURT COPY

RECEIVED
2005 JUN -6  A 10: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA