Saylor

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X  C Bell      ☒ Agent   ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
C Bell                                 2/14/06

1. Article Addressed to:

James DeLoach
P.O. Box 1107
Elmore AL 36025
order #4 & cmp  (4/0)

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0002 3465 2447

PS Form 3811, February 2004    Domestic Return Receipt  05-536    102595-02-M-1540

Saylor

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  / Bell          ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>  C Bail                  2/14/06<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☒ No |
| 1. Article Addressed to:<br><br>V. Helms<br>P.O. Box 1107<br>Elmore AL 36025<br><br>Order #4 & cmp (4b) | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3465 2461 |

PS Form 3811, February 2004    Domestic Return Receipt   05-536    102595-02-M-1540