Saylor

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph Womble
P.O. Box 1107
Elmore AL 36025

order #4 & comp (4)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sherry Kelley*   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Sherry Kelley
C. Date of Delivery: 2/21/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☒ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3465 2485

PS Form 3811, February 2004   Domestic Return Receipt   05-536   102595-02-M-1540