IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERT ALONZO SAYLOR, #170237, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) CASE NO.: 2:05-CV-536-MHT ) |
| JAMES DELOACH, et al, | ) ) |
| Defendants | ) |

## ANSWER OF DEFENDANTS DELOACH, WAMBLE AND HELMS

Come now the Defendants, James Deloach, Joseph Wamble and Vince Helms, by and through counsel and file this, their Answer to the Complaint.

I. No response required.

II. No response required.

III. No response required.

IV. Admit.

V. Deny both grounds one and two.

VI. No response required.

The Defendants deny each and every material allegation in the Complaint and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

1. The Plaintiff failed to state a claim upon which relief can be granted pursuant to 42 USC §1983 or any other cause of action.

2. Defendants assert that there is no evidence to support Plaintiff's claims.

3. Defendants assert Plaintiff has failed to show there is any genuine issue of material fact in this case.

4. Defendants deny that any of Plaintiff's constitutional rights have been violated.

5. Defendant deny all material allegations not expressly admitted herein and demands strict proof thereof.

6. Defendants assert the defenses of sovereign immunity and qualified immunity.

7. Under 42 U.S.C. 1983 respondeat superior is not available to find an individual liable.

8. Defendants assert immunity pursuant to Article I, Section 14 of the Constitution of Alabama 1901 and the Eleventh Amendment to the United States Constitution.

9. Defendants assert State discretionary immunity.

Respectfully submitted on this the 15th day of March, 2006.

TROY KING
ATTORNEY GENERAL

/s Jack Wallace, Jr.
Jack Wallace, Jr. (WAL047)
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

2

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 15th day of March, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Bert Alonzo Saylor, # 170237
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023-7299

/s/ Jack Wallace, Jr.
Jack Wallace, Jr.
ASSISTANT ATTORNEY GENERAL