EXHIBIT

1

## IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| BERT ALONZO SAYLOR, #170237 | ) |
| Plaintiff, | ) |
| Vs. | ) CIVIL ACTION NO. 2:05-CV-536-MHT |
| JAMES DELOACH, et al., | ) |
| Defendants. | ) |

## A F F I D A V I T

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Vince Helms, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is Vince Helms. I am currently employed as a Correctional Officer Supervisor I (Lieutenant) with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

Draper Correctional Center does not have a sprinkler system. However, we do have fire extinguishers equipment in the Segregation Unit. This extinguishing equipment consists of fire extinguishers and a fire hose. The fire hose is concealed inside of the pipe chase in the Segregation Unit. Draper Correctional Center meets the fire codes as required by the Fire Marshal.

Inmates assigned to the Segregation Unit **do** have access to the institutional law library. Inmates assigned to the Segregation Unit gain access to the law library by

submitting a request slip to a segregation officer for law materials/books. The request is filled and brought to the inmate in the Segregation Unit. A Notary Public is available to segregation inmates at least once per week upon the inmate's request. Each shift has a Notary Public available for inmates in the Segregation Unit. Inmate Saylor was aware of this.

Draper Correctional Center does not have an institutional laundry. However, inmate laundry is sent out to the central laundry at Elmore Correctional Center daily. Laundry is picked up daily in the Segregation Unit. Inmate Saylor was also aware of this.

There are no rubber mats in any showers at Draper Correctional Center. These would be a breeding ground for fungus, mold and mildew and would be considered unsanitary.

Inmate Saylor's allegations are false and/or without merit.

_____
Vince Helms, COSI

SWORN TO AND SUBSCRIBED before me this _2/54_ day of February 2006.

_____
Notary Public

My Commission Expires _8-1-07_