EXHIBIT

2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BERT ALONZO SAYLOR                    )

Plaintiff,                            )

Vs.                                   ) CIVIL ACTION NO. 2:05-CV-536-MHT

JAMES DELOACH, et al.,                )

Defendants.

AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large,

personally appeared James H. DeLoach, who being known to me and by me first duly

sworn, deposes, and says on oath as follows:

My name is James H. DeLoach. I am currently employed as a Warden III with the

Alabama Department of Corrections assigned to Draper Correctional Center, Elmore,

Alabama 36025. I am over twenty-one years of age and have personal knowledge of the

facts set forth below.

The plaintiff in this action, inmate Bert Saylor, was housed in the Draper Correctional

Center segregation after he was recaptured on escape. Inmates housed in the Segregation

Unit can request legal reference books and materials daily. Inmates housed in the

Segregation Unit are provided notary at least once per week. (See Attachment #1, Draper

SOP 5-70, Section V, Q "Law Library and Access to the Court.")

While there is no sprinkler system in the Segregation Unit, there are fire extinguishers

and a high-pressure fire hose in the segregation. The segregation is staffed 24 hours, 7

days and correctional officers monitor the segregation around the clock.

Laundry is delivered daily Monday through Friday to inmates housed in the Segregation Unit. (See Attachment #1 SOP 5-70, Section V, W Laundry)

The floor in the Segregation Unit shower is non-skid. To use mats in the shower would pose a health hazard with the growth of mold and fungus.

The plaintiff's claims have no merit or foundation. I would ask that this action be dismissed.

James H. DeLoach, Warden III

SWORN TO AND SUBSCRIBED before me this _____ day of February 2006.

Notary Public

My Commission Expire _____

# STATE OF ALABAMA
### Draper Correctional Center
### P.O. Box 1107
### Elmore, AL 36025

**STANDARD OPERATING PROCEDURE**
**5-70**

**OPR:  WARDEN**
**ACA STD: 3-4237 & 3-4261**

## THE SEGREGATION UNIT

**I. PURPOSE:**  The purpose of this Standard Operating Procedure is to establish policy and procedures governing the placement and maintenance of inmates into Administrative Segregation, Disciplinary Segregation, Maximum, Close or Protective Custody.

**II. DEFINITION:**  To separate or isolate an inmate from general population by placing him into confinement that restricts all exposure or direct contact with any inmate outside the confines of the Segregation Unit.

**III. POLICY:**  The Draper Correctional Center Segregation Unit follows all guidelines set forth in Departmental Administrative Regulations #433, 434, and 435 and includes policies and guidelines set forth in Draper Correctional Center's Standard Operational Procedures.

**IV. GENERAL INFORMATION:**

    A. The Draper Segregation Unit consists of 24 cells (23 double occupancy cells and 1 Observation Cell).

    B. <u>Staff.</u> The following reflects the number and assignment of the Segregation Staff.

        1. <u>Rovers.</u>   There will be two (2) Rovers on the floor at all times, unless relieved by a supervisor or another officer. Rover #1 will patrol Cells #1 through #12 and Rover #2 will patrol Cells #13 through #24. (Exceptions:  The Third Shift will have only one (1) rover and will patrol cells #1 through 24. The Third Shift Commander will provide additional Officers should the need to enter a cell become necessary.) The Rover will make rounds and observe each inmate housed in Segregation once every fifteen (15) minutes or sooner as required.  Rovers are to serve the meals, escort personnel within Segregation and supervise other activities within Segregation. Refer to SOP 5-72 (Segregation Rover).

2. <u>Cubicle Officer:</u> The Cubicle Officer will maintain a log on all activities occurring within the Segregation Unit, open doors, and maintain security of the Segregation Unit and secure any documentation. The Cubicle Officer is responsible for insuring that all documentation is present prior to accepting any inmate. (In an emergency situation, refer to Emergency In-Processing.)

   a. The Cubicle Officer will notify the Shift Commander and Segregation Commander of any problems that occur in the Segregation Unit. The Cubicle Officer will assist the Rovers in visual observation of inmates in the common area, make cell assignments, and make official phone calls as needed.

   b. Should it ever occur that an inmate must enter the cubicle (emergency phone call, etc.), he will remain in handcuffs and be escorted by two (2) correctional officers. Permission must be obtained from the Shift Commander or Segregation Commander prior to the inmate's entry into the cubicle. Refer to SOP 5-73 (Segregation Cubicle Officer)

      1. <u>Movements:</u> The Segregation Commander, Shift Commander, or higher authority must approve all cell movements that take place, within the Segregation Unit. Movements into and out of the Segregation Unit will be reported to the Shift Clerk, Back Gate Officer, Classification Unit, and the Health Care Unit.

      2. <u>Bed Assignments:</u> The Cubicle Officer will make bed assignments, with the approval of the Segregation Commander, within the Segregation Unit and report all bed assignments to the Shift Clerk (example Cell 1 A (top Bunk) and B as (Bottom Bunk).

## V. PROCEDURES:

A. Inmates from open population will be placed in the Segregation Unit on orders of the Warden III, Warden II, Captain, Segregation Commander, or Shift Commander when necessary to protect the inmates or others. Shift Commanders **WILL NOT** make Segregation Cells available to other institutions. The <u>Captain</u> or <u>above</u> <u>must</u> <u>approve</u> <u>requests</u> <u>from</u> <u>other</u> <u>institutions,</u> for Segregation space. After normal working hours or on holidays, the on duty call person will be contacted if a Captain or above cannot be contacted. When an inmate has been placed in Segregation pending disciplinary action and he is found not guilty the on duty Shift Commander will take the following actions:

   1. Determine if an enemy situation will be present if he is released to population.

   2. Determine if any other disciplinary action and/or Progress Review is pending.

   3. Determine if the inmate will be a threat to institutional security

2

4. If it is determined that no enemy exist, no actions are pending, and no threat to security, then release the inmate to population. However if there exist one or more of the above, then document it's existence and issue the inmate a new detention notification.

B. **Administrative Segregation:** This action must be reviewed within 72 hours, excluding weekends and holidays by the Warden III, Classification and the Official ordering the placement. It is that official's (who ordered the placement) responsibility to insure some action be taken prior to the 72 hour time limit. It is the policy of the Warden III that action must be taken within 24 hours. Should it become necessary for an inmate's 72 hour investigation status to be extended, written justification must be forwarded to the Captain as to the reason for the extension. Extensions ordered by anyone other than the Warden III, Warden II, or I & I must be approved by the Captain. Inmates who remain in Administrative Segregation must have a Due Process Hearing. Outlined below is the documentation required for placement of an inmate into Administrative Segregation:

1. **Detention Notification:** Written notification will be issued to an inmate informing him of why he is being placed into Segregation.

   a. The Shift Commander/Official authorizing the placement will make three (3) copies of the Detention Notice. One copy will be given the inmate, one copy will be placed in the inmate's Segregation File, and the last copy will be given to the Classification Unit to be placed into the inmate's institutional file.

   b. The reasons or charges are to be specific. For Example:

      1. Rule #35 - Fighting without a weapon. (Give brief details.)

      2. Enemies (give the names of the enemies).

      3. Psychological Evaluation per Staff Psychologist.

   c. The Detention Notification will be filled out completely and accurately.

2. **Action Sheet:** The Classification Unit will complete an action sheet for inmates assigned to Draper Correctional Center. An action sheet must accompany any inmate received from another institution.

3. **Medical Reports:** A Medical Report will be prepared at the Health Care Unit prior to the inmate being placed in the Segregation Unit. If the inmate presents a risk to the Health Care Unit personnel, the Medical Report will be prepared in the Segregation Unit, at the next routine pill call. However, this must be documented.

4. **Property:** Any inmate escorted to the Segregation Unit will possess all his property and it will be inventoried by the Segregation Rovers and sealed during in-processing. The inmate's I.D. card and his state issued uniforms will be inventoried and placed with his property and stored in the Segregation Unit's property room.

3

C.  **DISCIPLINARY SEGREGATION:** The confinement only after a due process hearing for a violation of a rule and or regulation from Administrative Regulation 403. The Warden III or designee must have approved the action.

1.  **APPROVED DISCIPLINARY:** must be signed by the Warden III or his designee, and a final copy will be served on the inmate.

2.  **Action Sheet:** Will be completed by the Classification Unit.

3.  **Medical Report** and **Property Procedures** will be the same as for Administrative Segregation.

4.  **Inmate's Institutional (green) File** will accompany the inmate to the Segregation Unit.

D.  **IN-PROCESSING:** The Segregation Officers are responsible for all in-processing within the Segregation Unit. The inmate will be secured within the shower cage and it will be locked until all processing has been completed. All items authorized will be passed into the inmate by means of the folding window provided for that purpose. The following will be adhered to by all, except for Emergency In-Processing:

1.  At the time an inmate is escorted into the Segregation Unit (Administrative or Disciplinary) the inmate's institutional file will accompany the inmate along with either a disciplinary (within the Green Jacket) or a Detention Notification signed by the Shift Commander or Official authorizing the placement of that inmate into Segregation. If the inmate is being placed into Administrative Segregation by a Detention Notification, it must indicate the specific reason and brief details for the detention:

    a.  Pending Investigation of Enemies. (Enemies Named)

    b.  Rule #35 - Fighting w/o weapon. (Brief Details) The detention notification must be filled out completely and accurately.

2.  Once the green jacket is delivered to the Segregation Unit, the Segregation Cubicle Officer will check to insure **NO ENEMY** is housed within the Segregation Unit.

    a.  If an enemy is in Segregation, then document that enemies exist in the shift log and on the Form 400. Also note on each inmate's card that they are enemies, and make the necessary notations on the Segregation Cell Assignment Board. These inmates are to be kept apart at all times. (Showering, Exercising, etc.) This information is also to be logged into the Pass-On Book.

    b.  If no enemy exists, document on the Form 400 and the shift log that a check was made.

4

E. **PROPERTY INVENTORY:** Any inmate escorted to Segregation should have **all** of his property upon entry. This property will be inventoried by the Segregation Rovers, sealed during in-processing, and stored in the Segregation Property Room. ALL ITEMS not listed on the approved items list will be confiscated and placed in the property room. Any time a problem exists when property is entering or being removed from the Property Room, the Shift Commander, Segregation Commander, and the Captain will be notified.

1. Confiscated Property will be itemized on a property sheet in triplicate. The inmate and the inventorying officer will sign the Form.

   a. Original copy will be placed within the inmate's Segregation File.

   b. One copy will be given the inmate.

   c. One Copy will be attached to the inmate's property.

2. All inmate property will be stored in brown paper bags or the Inmate's **issued** laundry bag. Pillow Cases WILL NOT be used to store property.

   a. All inventoried property will be stored in the Property Room within the Segregation Unit until the inmate's release.

   b. Should there be more than one property container, each will be labeled with the inmates NAME, AIS#, and number of containers (1 of 2 etc.).

   c. Should the property be entered and any items removed/other items received it should be noted on the property sheet and the inmate sign the change.

3. Authorized items are shown on the Cell Cards. Exceptions are one pair of either Boots/Shoes, and one (1) pair of Shower Slides.

4. Segregation Unit Property Room is a controlled access area and the Segregation Commander, Shift Commander, or higher authority must approve entry. No inmate will be allowed in the property room unless approved by the Segregation Commander, Shift Commander, or higher authority.

   a. The Property Room sign in/out sheets will be maintained within the Property Room.

   b. Each entry will be logged by time in, date, and reason for entry.

   c. A shift log entry will be made each time the area is entered.

   d. A key to the Segregation Unit Property Room has been placed on Tower #1 for valid emergency situations only. The Segregation Commander, On-Duty Shift Commander or higher authority, will be the **only** persons authorized to sign out the key.

e.  A key to the Segregation Property Room has been placed in the Segregation Cubicle Key Box for valid use only. An entry will be made, in the Cubicle Log, each time this key is used to go into the property room.

5.  Upon entry into the Segregation Unit, the processing officer will inform the inmate that he must request/retrieve any property that he is authorized to have in the Segregation Unit and take it with him when he is originally placed in Segregation. Inmates must wait for 60 days before being allowed to go back into their property. Any further requests to retrieve property must be approved by the Segregation Commander or higher authority.

F.  **ORIENTATION:**  Inmates will be given a verbal and written orientation concerning policies and procedures of the Segregation Unit.  An orientation verification sheet will be completed and filed in the inmate's Segregation file.

   a.  Authorized Items:

   1.  Bible - 1 each (Issued by the Segregation Unit).

   2.  Law books: Issuing of Law Books will be noted in the Segregation Cubicle Log, and a record kept as to who has what book and its condition.  All requests for law books will be made to the Law Library. Inmates may request law books from the institutional Library.  These requests will be made on Inmate Request Slips (Form N 176) and requested through the Segregation Commander. The inmates will be allowed law books for four (4) hours at a time. The inmate will not be allowed more than two (2) books at a time.  If two (2) books are present, they must be returned before others will be issued.

   3.  An ink pen is available in the Cubicle for issue to inmates in order to do legal work and disciplinary appeals. The issue of the pen will be logged in the shift log. Alcoholic Anonymous and/or Narcotics Anonymous Book are also available for issue by the Segregation Unit.

   b.  Unauthorized items: Inmates in Segregation will not be permitted the following:

   1.  Televisions

   2.  Reading Materials of any kind (except incoming letters, Law Books, Bible, Alcohol Anonymous Book, Authorized Books and Current Legal Work),

   3.  Radios (Except Administrative Segregation Inmates).

   4.  Hobby/Craft Items (No Exceptions).

   5.  Tobacco Products.

    c.  <u>Canteen privileges</u> (Except Administrative Segregation inmates and limited to $25.00).

    d.  <u>Telephone Calls:</u> Inmates will be allowed to make one (1) initial phone call upon placement in the Segregation Unit and monthly calls for Administrative Segregation inmates. (The Segregation Commander may approve calls for verified emergencies, attorney calls, etc.)

    e.  Visitation Privileges (except for those approved by the Warden).

G.  **<u>CELL CARDS:</u>**  Segregation Officers are responsible for preparing the cell cards.

  1.  **(PINK)** Cards are for Disciplinary Segregation Inmates.

  2.  **(GREEN)** Cards are for Administrative Segregation Inmates. The Pink and Green cards will be filled out according to what status the inmate is placed. There will be one card placed on wall beside the inmate's cell door. The following notations will be made on the Cell Cards:

    a.  The <u>bottom</u> <u>right</u> hand corner will contain a brief description of the violation, ie: Possession of Contraband, Fighting Without a Weapon, Assault on an Officer, etc.

    b.  The <u>top</u> <u>right</u> hand corner will contain a BIG RED "E" and the name of any validated enemies that might be housed in Segregation in order to prevent confusion due to cell movements. (The cell # of enemies will also be posted, in red, on the Segregation assignment board in the cubicle.). The enemy list must be verified. The inmates that are to be kept separated will be posted on the Cell Assignment Board as enemies. If two (2) inmates are placed in Segregation for fighting, they will be treated as enemies until both parties sign a Living Agreement.

    c.  The Bin number of stored property will also be recorded on the card.

H.  **<u>CELL INVENTORY SHEET:</u>** Prior to an inmate's placement into a cell, a Cell Checklist will be filled out reflecting the condition of the cell showing all of the discrepancies within that cell (lights, plumbing, scratches, marks, etc.) This checklist is to be filled out in duplicate and signed by the inmate and the officer. Inmates who destroy part or their entire cell will be required to remain in that cell and will be charged with appropriate disciplinary violations. Anytime that an inmate's cell is changed, a new checklist will be completed. Prior to the inmate being released from a cell, the checklist will be used to insure the inmate has not damaged the cell. If the cell has been damaged, a 601 incident will be prepared and disciplinary action taken against the inmate for violation of Administrative Regulation #403.

I. **TELEPHONE CALLS:** Prior to an inmate being placed into Segregation, the inmate will be afforded the opportunity to make a phone call. The Detention Notification Sheet will indicate whether the inmate was successful in completing or making the telephone call. The Segregation Cubicle Officer will maintain a Telephone Log, showing all phone calls by inmates in Segregation. The phone log will be completed monthly, initiated at the first of each month, and filed at the end of each month.

1. Inmates in Administrative Segregation will be afforded one (1) telephone call a month.

2. Inmates in Disciplinary Segregation will be allowed only one (1) telephone call upon entering Segregation.

3. Emergency/Attorney phone calls will be the only exceptions to the above, and will be approved by the Segregation Commander/Shift Commander or above.

4. All monthly telephone calls will be conducted on the Second Shift.

J. **CELL OPERATIONS:** The following guidelines are in effect for the safe and secure operation of all Segregation Cells:

1. No one will be permitted to open any Segregation cell door that is occupied by an inmate until the inmate(s) have been handcuffed with their hands behind their back.

2. The only exception will be when it is necessary for security personnel to enter a cell to remove an uncooperative inmate that refuses to carry out a lawful order.

3. Anytime it is necessary for security personnel to enter a cell to remove an uncooperative inmate, the Warden III will be advised of the situation prior to entering the cell. If the Warden III is not present, the Segregation Commander will advise the Warden II or Captain. Each case will be evaluated by the Warden III, or his/her designee, who will advise the Segregation Commander on the action to be taken.

4. Periodic cell door checks will be conducted to insure that the locking mechanism is fully operational.

5. Periodic checks of all cells will be conducted for signs of tampering, to include the wire mesh welds on the top of the cells.

K. **CELL EXTRACTIONS:** The cell extraction Shift will consist of four (4) Correctional Officers and one (1) Correctional Officer II or above. Officers will be required to wear riot equipment (shield, helmet, vests, and baton) for cell extraction.

1. One officer (usually the largest, strongest, or most experienced) will man the ICE (Immobilization Control Electronic) Shield. This officer must be trained in the use if the ICE Shield. ***NOTE: If the ICE Shield is discharged on the inmate, the procedures outlined in SOP 8-1/Electronic Restraint Devices, must be followed.**

2. Two officers will stand behind and to each side of the shield officer.

3. The fourth officer will be for additional support, if needed, and will be equipped with a baton just in case the inmate eludes the extraction team and poses an immediate threat to the safety of the team.

4. The Supervisor will be present to try to convince the inmate to comply with instructions given to him and to issue instructions to the extraction team.

5. As the door is unlocked, the extraction team will enter the cell together.

6. The shield officer will pin the inmate against the nearest wall or immovable object and discharge the ICE Shield in order to incapacitate the inmate.

7. Each side officer will grasp the inmate's nearest leg and pull the inmate's feet from under him. The shield officer will maintain contact with the inmate all the way to the floor.

8. The side officers will cross the inmate's right foot over the left foot, grasp the heal of the inmate's left foot and the toe of the right foot and rotate the heal and toe until the inmate is rolled over onto his stomach. The shield will remain in contact with the inmate at all times during these procedures.

9. When the inmate is on his stomach, the shield will be removed and the shield officer will place his knee in the inmate's back while each side officer forces the inmate's hands behind his back and the inmate handcuffed.

10. After the inmate is handcuffed, he will be lifted to his feet and removed from the cell.

11. A medical examination will be completed as soon as possible. A copy of the Medical Report will be placed in the inmate's Segregation File. An incident report (601) along with the medical report will be submitted prior to the extraction team departing the institution.

12. Anytime an inmate in the Segregation Unit displays a hostile or uncooperative attitude or has a documented reputation of assault or abuse toward officer(s), this information will be brought to the attention of the Captain. The Segregation Commander and Captain will review the case and determine if the inmate should remain in cuffs at all times while the inmate is out of his cell. If a decision is made to keep the inmate handcuffed at all times, this information will be logged in the Segregation Shift Log stating the inmate's name, AIS number, why the request was made, who made the request, and who made the final decision. The information or knowledge relied on to make the decision will also be recorded in the shift log, and the Segregation Pass-On Book.

L. **PERSONAL HYGIENE:**    Inmates in Segregation will be required to maintain their hygiene at an accepted level.

1. SHOWERING: Inmates in Segregation will be allowed to shower for five (5) minutes every other day on the Second Shift. When removing inmates for showering, two (2) Correctional Officers will be present when the cell door is opened. Up to four (4) inmates, of the same custody and status may be showered together in a group. This group of inmates will be handcuffed behind their backs, by means of the cell tray door, prior to opening the cell door. This group of inmates will then be escorted to the shower, by the two (2) Correctional Officers, secured within the cage, and unhandcuffed. Inmates in Segregation **WILL NOT** be allowed personal showering/shaving items unless directed by the medical staff. Upon completing showering, the reverse procedure will be followed until all inmates are re-secured within their cells.

2. SHAVING: Prior to showering the inmate, he will be issued a razor. The Segregation Rover will issue a razor from the razor box. The inmate will be required to shave in his cell. After completion of shaving, the razors will be collected by cell and inspected to insure the blade is intact. Once inspected, the razor will be returned to the box. Upon completion of shaving, the razor box will be inventoried and returned to the cabinet. At this time the inmate will be showered as outlined above (Showering). Should new razors and blades become necessary, contact the Laundry Manager (Ext. 222).

a. Inmates who have a valid profile will not be forced to shave. However, the area not affected by the shaving profile will be shaven and the non-shaved areas of the face will meet requirements of that profile. Inmates possessing shaving profiles will be allowed to use clippers for shaving.

b. Inmates who do not use a razor will be issued shaving powder and required to shave.

3. **HAIRCUTS:** Inmates in Segregation will maintain a haircut in accordance with Departmental Rules and Regulations. When required by the Segregation Officers, an Inmate Barber will be allowed into Segregation to cut hair. The Inmate Barber will be strip searched prior to entry and exit of the Segregation Unit. The Segregation Rovers will supervise the haircuts. Care should be taken to ensure that there are no enemy situation exists between the inmate Barber and those housed within Segregation.

M. **MATTRESS REMOVAL/ISSUE FOR DISCIPLINARY INMATES:** Inmates assigned to Disciplinary Segregation will be required to remove their mattress from their cells as directed by the Segregation Rovers. The inmate will be handcuffed in front for this process. The rovers will direct the Cubicle Officer to open that cell (after handcuffing) and the inmate will remove or return his mattress as directed. This procedure will be repeated until all mattresses in Disciplinary Segregation have been removed or returned. If an inmate refuses to surrender his mattress, the Shift Commander will be notified immediately. A decision will be made by the Captain or higher authority to forcibly remove the mattress. The mattress will not be returned until approved by the Captain or higher authority.

N. **CLEAN-UP:** Segregation clean-up will be accomplished daily by the First Shift. Clean-up of all common areas will be accomplished by an inmate assigned by the Segregation Commander. The First Shift Segregation Rover will ensure that inmates assigned to cell #1 through #24 clean their own cells. If a cell is vacant, the clean up inmate will clean the cell. All clean-up activities must be under the supervision of the rover.

O. **FEEDING:** Inmates in Segregation will be served the same meals as those fed the general population. It is the responsibility of the Cubicle Officer to notify the kitchen as to the number of inmates in Segregation as well as what class (Administrative and Disciplinary). Segregation inmates will be fed before general population. Administrative Segregation inmates will be fed three (3) meals daily except for Sunday and Holidays. Disciplinary Segregation inmates will be fed only two (2) meals daily, (Breakfast and Supper). Inmate Kitchen Workers will not be allowed into Segregation past door #2.

1. Steward Responsibilities.

   a. Telephone segregation at least one (1) hour prior to the required feeding time to find out the number of trays required.

   b. Ensure the food warmer is plugged in prior to placing the food trays into the food warmer.

   c. Ensure the proper number of food trays are in accordance with the count given by the Segregation Cubicle Officer.

   d. Ensure a food tray is placed in the food warmer for each inmate assigned to Segregation Unit. The food tray will have another tray covering it.

e.  Count each food tray before departing the kitchen en-route to the segregation unit.

f.  Insure the food trays in the warmer are kept at a temperature of 160-180 degrees until they are brought to segregation.

g.  The <u>Steward</u> <u>will</u> escort the food cart into the segregation unit.

h.  The Steward will have the food cart at the segregation unit for lunch by 9:15 a.m.

i.  The inmate escorted by the Steward will deliver the food cart to door #2 of the segregation unit. The inmate **will not** be allowed to go past door #2.

j.  The Steward will bring the food from door #2 into the segregation unit and ensure the food cart is plugged into the electrical outlet to keep the food warm.

k.  The Steward will report the temperature of the warmer to the Segregation Rover. **The temperature will be between 160 - 180 degrees. This temperature will be annotated by the rover on the Feeding Procedure form for the Segregation Unit.**

l.  The Steward will inventory the food trays before departing the Segregation Unit.

2.  <u>Segregation Rover Responsibilities:</u>

a.  Count all food trays and eating utensils along with the Steward to insure each inmate in segregation has his meal.

b.  Search the food cart for contraband and/or weapons.

c.  Report the temperature of the food cart to the Cubicle Officer as well as the arrival time of the cart. **The temperature will be between 160-180 degrees.**

d.  Each time a food tray is removed from the warmer, the door to the warmer will be re-closed.

e.  Open the segregation tray door to the cell and pass the food tray (one empty on top of the food tray) through the tray door to the inmate.

f.  After passing the trays through the tray door, re-close the tray door to the cell.

g.  Wash his hands before serving the meal. If the officer goes to the rest-room, he is to re-wash his hands before serving the food.

h.  The Rovers will insure that each inmate in the segregation unit gets one (1) cup of beverage that is on the menu for the day.

i.  The officer will have the inmate in the cell extend his cup out of the tray door to be served the beverage.

i.  The officer will retrieve all the food trays from the inmates through the tray door.

j.  Upon completion of the meal, the officers will inventory all the food trays, eating utensils and return them to the warmer.

k.  The officer will unplug the warmer and notify the Cubicle Officer that feeding is completed.

l.  The officer will notify the Cubicle Officer of any inmate who refuses to eat.

m.  The food cart will be placed outside the door #2 of the segregation unit for the Steward to pick up.

3.  <u>Segregation Cubicle Officer Responsibilities</u>:

a.  Notify the Steward of the number of inmates assigned to the segregation unit.

b.  Record the arrival time of the food cart and temperature of the warmer on the Draper Segregation shift log.

c.  Record the name of any inmate who refuses chow on the Daily Action Sheet and record the inmate's name, AIS#, and cell # in the segregation log. Any inmate who refuses three (3) consecutive meals will be reported to the Segregation Commander or higher authority.

d.  Record on the Draper Segregation Feeding Sheet the departure time of the food cart.

e.  Record in the segregation log the time feeding was completed.

f.  Notify the on-duty Steward that feeding is completed.

g.  The Draper Segregation Feeding Sheet will be filled out in duplicate. One (1) copy goes to the Steward and one (1) copy to the Segregation Files.

h.  Hunger Strikes, refer to SOP # 5-71.

P.  **Mail:** Inmates in Segregation will be allowed mail privileges. The Segregation mail will be picked up by the Second Shift Segregation Cubicle Officer from the Mail Room on his way to his post. Outgoing mail will be inspected and will then taken to the Mail Room. Careful attention should be taken to inspect the forwarding and return addresses.

1. <u>Disciplinary Segregation:</u> Inmates in this status will receive incoming mail and it will be delivered promptly.

2. <u>Administrative Segregation:</u> Inmates in this status will be provided the same opportunities for writing and receipt of letters available to the general inmate population.

Q. **Law Library and Access to the Court.** Inmates in Segregation will have access to the legal reference materials from the Law Library. Inmates must state in writing on an inmate request slip the specific books desired. Request for law books will be logged in the shift log.

1. Inmates will be allowed access to law books by requesting them through the Segregation Officers. The Segregation Officer will forward the inmate request to the Law Clerk who will locate the book(s) and transport the book(s) to the Segregation Unit. The Inmate Law Clerk will be strip searched upon entry and exit of the Segregation Unit. The arrival of a law book will be entered into the shift log, inspected and issued. The issue will also be logged. The log will reflect the inmate's name, cell, date and time. Use of books can be used for four (4) hours, and will be collected and returned to the Law Library.

2. Legal paper and envelopes will be issued weekly, when requested by the inmate to the Segregation Cubicle Officer.

3. The Shift Commander will insure that a Notary Public will be available once each week, to provide Notary Service to inmates in Segregation.

4. Inmates in Segregation will not be denied access to the courts.

R. **HEALTH CARE:** The Cubicle Officer will call the health care unit when an inmate is processed into Segregation. He will tell the nurse the following information:

1. <u>Health Care Unit Notification :</u> The Segregation Cubicle Officer will telephone the Health Care Unit and inform the nurse of the following information:

   a. The Inmates Name.

   b. The Inmates AIS Number.

   c. The Cell to which the inmate is assigned.

   d. The institution from which the inmate was received (Staton, Elmore, Frank Lee, Etc.).

2. PROCEDURE FOR SICK CALL/MORNING PILL CALL:

   a. Sick call screening and morning pill call will be held concurrently at the Draper Segregation Unit.

b. The Nurse will take each jacket and make sure a green sheet is available. She will then place the jackets in cell order.

c. The nurse will take the jackets to each cell while screening the inmate.

d. The Nurse will then start passing out medications and doing screening at cell #1. The nurse will pass the medication through the slot in the cell door which is opened by the officer. The Officer and Nurse will observe the inmate to insure he takes his medication.

e. Before the nurse gives the inmate his medication, the Nurse will screen that inmate for sick call if he has signed the sick call roster.

f. If the nurse needs to examine the inmate more closely, the nurse will do so after the other inmates have been screened.

  1. An area will be provided where the nurse can examine the inmate.

  2. Only one (1) inmate is to be brought out of a cell at a time.

  3. Two officers will attend each inmate as he is examined by the nurse.

g. If the nurse sees an inmate that he/she feels should be seen by a physician, that inmate's name will be placed on a roster. The inmate will be escorted to the Staton Health Care Unit for screening upon the arrival of the physician.

h. After the screening process is completed, the nurse will make sure that the area is clean, and a list of the inmates to see the physician is provided to the Segregation Cubicle Officer.

i. Upon the completion of sick call and pill call, the nurse will be escorted by a correctional officer to the Shift Office.

j. Pill call will be conducted immediately after population pill call.

k. Sick call lists will be maintained in the drawer in the Segregation cubicle. The nurse doing evening pill call will pick up the sick call lists every evening.

l. The nurse will never examine a Segregation inmate unless there are two officers present.

m. Some treatments such as foot soaks and self-heat may be done while the inmate is in Segregation. Others such as wart treatments will resume when the inmate is discharged from the unit. Other treatments will be done at the health care unit. This will be determined by the physician.

n. The nurse will sign the 912 Form of each Segregation inmate.

S. **STRIPPING INMATES AND CELLS IN THE SEGREGATION UNIT:** If upon observing an inmate's behavior, there is reason to believe that he may be a danger to himself and/or others due to current mental health status, a staff Psychologist shall be notified. During regular working hours, a Staff Psychologist shall immediately assess the inmate's condition and give instructions to the Segregation Unit. The instructions and brief details concerning the situation will be posted in the Segregation Pass-on Log. If there will be a delay between notification, of the Psychologist and his arrival in the Unit, which would constitute a probable danger to the inmate if materials were left in the cell, the cell and inmate may be stripped until an on-sight interview by the Psychologist. The inmate will be issued a Suicide Blanket/Smock until the Psychologist determines what, if any items are to be returned to the inmate. The Psychologist is authorized to direct, for clinical reasons, that a cell and/or inmate be stripped, by acting as the Warden III's designee. Such action, with reasons, will be documented in writing in the Segregation cubicle log by the Cubicle Officer and countersigned by the Psychologist. The Psychologist shall forward a memorandum of such action to the Warden III with a copy to the Warden II, Captain(s) and Segregation Commander.

1. The Psychologist's remarks/instructions will be annotated on the inmate's 400 Form and signed by the Psychologist.

2. The Psychologist will also sign the inmate's 912 Form.

T. **PROCEDURES FOR THE SAFE CELL (OBSERVATION CELL #24):** To designate a particular area suitable for close observation of an inmate's behavior.

1. Staff Psychologists will give approval for the utilization of this cell, for Mental Health reasons. If the Staff Psychologist places an inmate in the Safe Cell (Observation Cell), a written report will be forwarded to the Warden III for review. The Psychologist will give written instructions, regarding the inmate, to the Cubicle Officer. The inmate may be placed on psychological hold status for a period of 72 hours (Excluding Weekends and Holidays) after which time the inmate must be released or the observation period extended by a Psychologist.

2. The Warden III, or his designee, placing an inmate in the Observation Cell shall direct that an on-site assessment be conducted by a Staff Psychologist. The assessment shall be scheduled in consultation with the Psychologist, based on the dynamics of the situation.

3. The Psychologist's remarks/instructions will be annotated on the inmate's 400 Form and signed by the Psychologist.

4. The Psychologist will also sign the inmate's 912 Form.

U. **PROCEDURES FOR AIDS INMATES:** The following procedures will be followed for all inmates who have tested positive on their AIDS test.

1.  General Rules:

    a.  Avoid physical contact.

    b.  Dispose of all discarded items properly.

    c.  Wear plastic gloves when dealing with these inmates.

2.  General Procedure:

    a.  Inmates will keep their institutional whites; jump suits will not be issued.

    b.  Place all dirty laundry and bedding in the barrel marked "AIDS LAUNDRY".

    c.  Notify laundry (Supervisor) when the barrel needs to be picked up.

    d.  Do not allow AIDS inmates to mingle with or come in contact with other inmates.

    e.  No item(s) from the AIDS Inmate's cell will be passed or used in any other cells. A mop, mop bucket, and bowl brush will be provided for use in AIDS cells only.

V.  **EXERCISING OF INMATES IN THE SEGREGATION UNIT:** The Segregation Officers are responsible for providing adequate security for inmates who are allowed to exercise on the segregation exercise yard. It is significant to note that a check for enemies will be accomplished prior to allowing inmates to exercise together. Any inmates in Administrative Segregation under investigation for the same incident should not be allowed to exercise together. Inmates exercising will not be allowed to communicate with any inmate outside the exercise yard. There will be no verbal or hand signs communications. No inmates will be allowed to gather or loiter around the area outside or in close proximity to the Segregation Exercise area. If inmates being exercised try to communicate with inmates outside the unit they will be given an order to cease their activity. If the inmate continues, he will be returned to his cell and disciplinary action will be taken. It is the responsibility of the Segregation Officers that this is strictly adhered to.

1.  The Segregation Officer(s) will be accountable for making sure that the inmates allowed to exercise are provided security and will exercise for a period of five (5) hours per seven-day period. If weather and security permits, exercise will be conducted outdoors in an exercise area. A notation will be made on the 912 Forms as to whether or not an inmate exercises. They shall be responsible for logging the date and time exercise is done. They will be responsible for the exercising of inmates in Administrative/Disciplinary and Protective Custody status. Refusal to exercise will be documented in the shift log.

2. Administrative/Disciplinary Exercise Procedures:

   a. The Warden III of Draper Correctional Center has determined that all Administrative and Disciplinary Segregation inmates will be handcuffed, behind their backs, while exercising.

   b. When exercising begins, notify the Tower #3 Officer, who will notify the Shift Commander's office that exercising has begun on the outside yard. The Tower #3 Officer will watch for any unauthorized movement, etc. around the yard and call for assistance to the yard should it become necessary.

   c. All inmates in Segregation will be allowed to walk in groups, unless circumstances warrant otherwise.  (Check for Enemies).  There are to be no more than five inmates in an exercise group at one time. Close Custody inmates can be exercised as a groups, but only two (20 Close Custody inmates per officer.

   d. Before being placed on the yard, each inmate will be:

      1. Handcuffed from behind his back by means of the tray door. Protective Custody inmates will not be handcuffed unless directed by the institutional head or the inmate becomes violent.

      2. Removed from his cell; one at a time.

      3. Strip searched; going out and coming in.

      4. Placed within the shower cage until the entire group is ready to go onto the yard.

   e. The exercise yard will be thoroughly searched before and after each exercise period of each group.

   f. Any officer that is supervising the exercising group, will remain on the yard with the group at all times, not seated and will have a baton on his person.

   g. If bad weather occurs, log this in the shift log, and there will be no exercising.

   h. The time of exercising will be rotated on a daily basis to insure the same inmates are not exercised early each day.

W. **LAUNDRY:** The Keys for the Laundry Cabinets are stored in the Key Box. The duplicate set of keys are controlled by the Laundry Manager and Stored on the Cubicle at the end of his duty day.  These keys are only to be checked out by a Shift Commander or above.

1. When an inmate is placed in the Segregation Unit, he will be issued a jump suit. His uniforms (shirts and pants), will be placed in his property to be stored in the Segregation Unit Property Room with the rest of his property.

2. The laundry for the Segregation Unit will be handled by Draper Laundry. A blanket will be issued when authorized by the Warden III and required by the weather. Should restocking of the laundry cabinet be required then contact the Laundry Ext. 222.

3. Sheets will be exchanged each Wednesday. Pickup at 4:00AM and issued at 4:00 PM. The dirty linen will be placed between doors #1 and #2, where they will be picked up, cleaned and returned to the Segregation Cabinets. **Laundry inmates are not authorized to enter the Segregation Unit.**

4. Clothing exchange will be on Tuesday and Saturday during the Second Shift. Procedure will be the same as for the sheets.

5. Clothing pickup and delivery will be daily except weekends and holidays as needed.

6. After the initial issue of items authorized by the Standard Operating Procedures, a linen exchange record will be completed. The form will reflect the inmate's name, AIS#, cell and bed assignment. On linen exchange days the forms will be carried to each cell that an inmate occupies and will reflect all items turned in, issued or exchanged.

7. Once items are turned in, new ones will be issued (ie. soap, cup, tooth brush, etc.).

8. If an item or items are turned in, the form will be marked with 1, 2, etc. adjacent to the description showing the number of items surrendered. That column will be dated with the initials of the officer and the inmate appearing at the bottom of that column. If there is a discrepancy when an item is issued (torn or missing any parts) it should be reflected in the comment section. Should the inmate refuse to initial the column, it should be reflected as Refused to Sign with the officer's initial. This form will be prepared at time of issue and all changes will be recorded on that form until it is exhausted.

9. Once the linen exchange record form has been exhausted due to all columns having been used, a new form will be prepared. The exhausted form will be disposed of in the Segregation Waste.

## X. **USE OF HANDCUFFS:**

1. Prior to removing an inmate from a segregation cell, for any reason, two officers will be present. No one will be permitted to open any segregation cell door that is occupied by an inmate until the inmate(s) have been handcuffed with his hands behind him. Except: Protective Custody inmates. This will be done by the inmate exposing his hands through the food tray door. The only exception will be when it is necessary for security personnel to enter a cell to remove an uncooperative inmate that refuses to carry out a lawful order. The use of Emergency/Riot Equipment will be used at the direction of the Warden or his designee.

2. If it becomes necessary to enter a cell prior to handcuffing an inmate, such as in the case of refusal to be handcuffed as described in 1. of this section, two Correctional Officers and one Correctional Officer (CO II or above) will be present. Anytime it is necessary for the security personnel to enter the cell of an uncooperative inmate, the Warden III will be advised of the situation prior to them entering the cell. If the Warden III is not present, the Warden II or Captain is to be advised. Each case will be evaluated by the Warden III or his designee who will advise the security personnel of action to be taken.

3. Anytime an inmate of this unit displays a hostile or uncooperative attitude or he has a documented reputation of assault or abuse toward the officers, this will be brought to the attention of the Segregation Commander, or the Captain, who will review the case.

## Y. **USE OF CHEMICAL AGENTS:** Chemical Agents will only be used as a last resort. An Incident Report will be completed as soon as possible after the incident and before shift change. Chemical Agents will only be used by employees who have been trained in the use of chemical agents. Examples for the use of a chemical agent would be:

1. Prevent the commission of a felony, including escape.

2. Defend oneself or others against any physical assault.

3. Destruction of state property with refusal of a verbal command to stop.

4. Creating a disturbance or inciting others to create a disturbance.

5. To prevent an act which could result in death or serious bodily injury to oneself or to another person.

6. To enforce institutional regulations.

**Z.** **SEGREGATION SHAKEDOWN:**  A thorough routine shakedown will be conducted on a cell, and common area, by each Segregation Shift. At no time is a shakedown done for harassment.  This shakedown should be noted on the shift log, as well as an incident report, if contraband is found. If no contraband was found in the cells or common area, this will be noted in the Segregation Log. The First and Second Shifts are to shakedown three cells daily. The Third Shift will shakedown two cells daily when the inmates are awake. Once a month, a shakedown of the entire Segregation Unit will be conducted.

**AA.** **LOGS:**  A shift log will be maintained twenty-four (24) hours per day. This log should reflect all activities that take place within the Segregation Unit. At shift change, the previous log should be reviewed in order to note possible trouble areas and the areas searched. IF IN DOUBT - LOG IT!  This log is to be checked daily by the Third Shift to insure accuracy of remarks recorded on the Cell Assignment Sheet. The log will be sent to the Segregation Commander for review and placement on the flip file.

1. **PROPERTY ROOM LOG:**  Will be maintained in the property room and will reflect anytime any one enters the property room. At no time will property be transferred unless written instructions are issued by the Segregation Commander to do so. This log is to reflect the reason entered, time in and out, officer, and date.

2. **TELEPHONE LOG:**  Will be maintained by the Cubicle Officer showing usage of the telephone by inmates in Segregation.

3. **SECURITY EQUIPMENT LOG:**  Will be maintained by the Cubicle Officer showing any equipment being removed from the Segregation Unit. ( Item, Serial Number,  Issued, Remarks, Turn in, On Hand,  Date and Signature).

4. **PASS ON BOOK:**  Is to be used for the flow of information from one Shift to another. Any actions or incidents which would affect the orderly and safe operation of the relieving shift should be placed in the pass on book.

**BB.** **COUNTS:**  A minimum of four (4) counts will be conducted:   first shift prior to accepting the unit, second shift prior to accepting the unit, third shift prior to accepting the unit and prior to feeding the breakfast meal.  These counts will be physical head counts of living breathing flesh.

**CC.** **EQUIPMENT:**  It is the responsibility of each officer assigned to Segregation to maintain the equipment assigned to the unit. This is to insure the accountability and serviceability of the equipment. Segregation Equipment will not be loaned out to officers in population without the approval of the Segregation Commander.

1. The Cubicle Officer of each shift will make a physical count of the equipment prior to accepting the post.  It will then become his/her responsibility to note in the shift log what items have been issued and what items are in inventory.

21

2. The Rovers assigned to each shift **will not** be required to sign out his/her equipment unless he/she removes the item from the Segregation Unit. If equipment is removed they are to check serial numbers and sign along beside that number. The Equipment Log will reflect the date, time out and time in of the equipment.

**DD. RADIO OPERATING PROCEDURES:** The Operation of the hand held radios assigned to Segregation are a vital part of the communication within the Segregation Unit, and the Institution. It is most important that those who use these radios follow proper radio procedures for all transmissions.

1. Operating Instructions: These radios will cover not only the Segregation Unit but all of this facility, therefore professional operation is a must.

2. The Radios operate on a VHF Frequency that is governed by F.C.C. Rules and Regulations.

3. The Radios will be assigned the following call signs:

   a. Segregation Commander (D-4)

   b. Segregation Cubicle (D-7)

   c. Rover #1 (D-8)

   d. Rover #2 (D-9)

4. It will be the responsibility of each and every officer who uses these radios to care for and protect this expensive piece of Segregation Equipment.

5. The Control of the radios is the responsibility of the Segregation Commander and is a part of the equipment inventory.

6. These radios will be secured by the Segregation Commander/Property Officers and issued by him/them. While in storage, they will be on charge for the next days operation.

7. Radios will not be placed in the chargers while the radio is on.

**EE. CLEANUP EQUIPMENT** is the responsibility of the Rovers. Cleanup supplies can be obtained by contacting the on duty Shift Commander. The Cleanup of the Segregation Unit will be supervised by the Rovers. The Segregation Commander will select and approve a population inmate to be used as the Hall Cleaner. This inmate will be strip searched prior to entry and exit of the Segregation Unit. The Hall Cleaner will be the only inmate used to clean up. This inmate will not be allowed to remain in the Segregation Unit if he is not working. The Cleanup cabinet/locker will be secured at all times. It will be unlocked only to remove or return equipment and then re-secured. The Segregation Rover is to maintain visual contact with the Hall Cleaner at all times, and at no time is the Hall Cleaner to be left unattended. The Segregation Unit is to be inspection ready 24 hours a day, 7 days a week.

FF.  **KEY CONTROL:**

1.  The key control system requires simple and efficient daily checks of all keys within the Segregation Unit.  Keys not issued will remain locked in the key box. The Cubicle Officer is responsible for the inventory and issuing of all keys and will be noted in the shift log.  The keys will be labeled as followed:

**SEGREGATION KEY BOX  (Cubicle)**

| HOOK # | Key # | LOCATION OF LOCK | # of KEYS on RING |
|---|---|---|---|
| #1 | 93-0077 | DOOR # 1 (Main Hallway) | 1 |
| #2 | 1BF4 | Shower Door/Water Keys (2) | 3 |
| #3 | 1AK52 | All Tray Doors/Pad Lock for Yard Gate | 2 – Rover #1 |
|  | 1AK52 | All Tray Doors/Pad Lock for Yard Gate | 2 – Rover #2 |
| #4 | 1AK11 | Segregation Property Room | 1 |
| #5 |  | Laundry Storage Cabinets | 2 |
| #6 | 1AK 53 | Pipe Chase Doors | 2 |
|  | 1BF4 | Pipe Chase Doors |  |
| #7 |  | Handcuff/Legiron Keys | 4 |
| #8 |  | Stun Shield Cabinet | 1 |
| #9 |  | Water Key | 1 |
| #10 | 1AK51 | Doors #2 & #3/All Cell Doors | 1 |
|  | 1AK51 | Cubicle | 1 – Cubicle Officer |

**\*\*\* These Keys are not kept in the Segregation Unit. They are assigned to the employees listed below.**

| | | | |
|---|---|---|---|
| \*\*\* | E10 | **Door #2 Override** | **1 – 3rd Shift Commander** |
| \*\*\* | E10 | **Door #2 Override** | **1 – Captain's Key Box** |

2.  The cubicle will remain locked at all times and the key removed from the key hole.

3.  Recording And Storage Of Keys:  Keys for each lock shall be stored in a locked box that provides space for the systematic storage of keys.  Key hooks in this cabinet will be numbered.

    a.  A list of all padlocks shall be maintained.

    b.  Change of lock location or duplication: any change in lock location or duplication of any key shall be authorized by the Captain.

4.  <u>Inventory of Keys:</u>

    a.  The Cubicle Officer is required to inventory the key box before relieving the cubicle officer. Accountability for each key ring shall be recorded in the shift log.

    b.  An employee who carries a key ring home inadvertently will be contacted and required to return the key to the institution and segregation unit promptly.

5.  <u>Issue Of Keys:</u>  The Cubicle Officer will maintain accountability of all keys in the Segregation Unit. The issue of keys and their return to the key box is also his responsibility.  The officer should immediately count the keys and report any discrepancies to the Segregation Commander/Shift Commander.

6.  <u>Lost Or Misplaced Keys And/Or Key Rings:</u>

    a.  A verbal report of any lost or misplaced keys or key rings shall be immediately made to the Segregation Commander or Shift Commander immediately; stating when loss or misplacement was discovered, circumstances surrounding that loss or misplacement and key(s) identification.

    b.  A written report of any lost or misplaced keys or key rings shall be made to the Segregation Commander and to the Captain.  **NOTE:  WHEN SECURITY KEYS ARE LOST OR MISPLACED, PROPER SECURITY PRECAUTIONS MUST BE TAKEN TO PRECLUDE USE OF THE KEY(S) FOR UNAUTHORIZED ACCESS OR ESCAPE FROM THE INSTITUTIONAL AREA.**  If security keys are lost or unaccountable for, or if inmates may have impressions of the key(s), the locks shall be changed.

7.  <u>Handling Of Keys:</u> (All Employees)

    a.  Carry and use keys as inconspicuously as possible.

    b.  Securely fasten keys by chain to the belt and carry in the pant's pocket or in a leather pocket attached to the belt.

    c.  Check/count when exchanging keys from one employee to another.

    e.  Avoid dropping keys. Keys should be exchanged hand to hand; never tossed, slid across floor, or thrown.

    e.  Do not force to operate locks.  If lock does not function easily, report the malfunction to the Segregation Commander and fill out a maintenance request.

f.  Do not allow any inmate to handle any keys under any circumstances. Occasionally an inmate may be authorized to use NON-SECURITY KEYS through written approval from the Captain.

8.  Emergency Keys:

   a.  Emergency keys stored in the same location as operational keys will be checked and counted in the operational key method.

   b.  The Cubicle Officer shall routinely check all emergency keys with their locks to insure proper functioning.

   c.  The emergency keys will be labeled RED in their respective key box location.

9.  Restricted Keys:  Some keys stored in the key board will be classified restricted keys or keys to be only issued to certain designated persons.

10. Duplication Of Keys:  Unauthorized possession, alteration, marking, duplication, manufacture or impression making of keys is prohibited.  Any such incident shall be reported in writing to the Warden III.

**GG.  OUT PROCESSING:** The Segregation Officers are responsible for all out processing within the Segregation Unit. The inmate will be secured within the shower cage and it will be locked until all processing has been completed. All items issued will be returned (towel, face cloth, Bible, etc.).  The Segregation Unit Officers will ensure the following:

1.  The Cell is clean and inspected prior to release. Fill out the Cell Inspection Sheet.

2.  Property that was taken is returned to the inmate and the inmate signs the property sheet stating that "I HAVE THIS DAY REMOVED ALL OF MY PROPERTY FROM DRAPER SEGREGATION UNIT". The property sheet will be dated and witnessed.

**VI. EMERGENCY PROCEDURES:**  The following are guide lines to follow should an emergency arise within the Segregation Unit.

1.  **Power outage:** The Segregation Unit is tied directly into the Emergency Generator and should the power fail, the Emergency Generator should supply power for the unit. However, should this fail, the Segregation Rovers are to secure the cell doors and entrances. Any open doors are to be closed and emergency keys issued to the Rovers by the Cubicle Officer.  Should there be a power surge or break, the Cubicle Officer will turn off the power to the control panel by use of the circuit breaker #2 in the fuse box. The doors will be operated by use of keys if required. The rovers are to continually check all doors to insure security.

2. **Fires:** Should a fire occur within the Segregation Unit, the Fire Extinguishers should be used to extinguish the fire. If the fire is of such magnitude that this cannot be accomplished by the extinguisher then the Fire Hoses should be removed from the Pipe Chases and the fire extinguished. Anytime an inmate sets fire to his cell in Segregation, the I&I Division will be contacted immediately. The crime scene will be sealed properly and protected until released by I&I.

3. **Emergency In-Processing:** This is the placement of an inmate directly into an unoccupied cell. Should it become necessary for a inmate to be forcefully escorted to segregation and it is apparent that more force would have to be used to in-process the inmate by normal channels, this inmate can be placed directly into a unoccupied cell prior to normal in-processing procedures. However this does not remove this requirement. The normal processing must be accomplished prior to that Shift's end of duty. Should an unoccupied cell not be available then the inmate can be placed into the Shower Cage until he can be properly assigned to a cell.

4. **OTHER EMERGENCIES:**  Reference Draper Correctional Center's Emergency Standard Operating Procedures.

## VII. REFERENCES:

1. American Correctional Association, Standard For Adult Correctional Institutions.

2. Alabama Department of Corrections Administration Regulation:

   a.  #303 - Visitation And Correspondence Procedures.

   b.  #312 - Chemical Agents.

   c.  #403 - Disciplinary Committee Hearing Procedures For Major Violations.

   d.  #433 - Administrative Segregation.

   e.  #434 - Disciplinary Segregation.

   f.  #435 - Protective Custody.

   g.  #436 - Segregation Review.

## VIII. ANNEXES:

1. Annex A - Administrative Segregation Orientation.

2. Annex B - Disciplinary Segregation Orientation.

3. Annex C - Property Sheet.

4. Annex D - Disciplinary Segregation Waiting List.

5.  Annex E - Detention Notification.

6.  Annex F - Segregation Unit Assignment Sheet. (DOC Form #913)

7.  Annex G - Segregation Unit Record Sheet. (BOC 912)

8.  Annex H - Segregation Probation Violation Form.

9.  Annex I - Social Service Action Sheet. (BOC 258)

10. Annex J - Duty Post Log. (DOC N054)

11. Annex K - Telephone Log.

12. Annex L - Segregation Movement Orders.

13. Annex M - Abnormal Behavior Form.

14. Annex N - Living Agreement.

15. Annex O - Stripped Cell Form

16. Annex P - Extension of Administrative Segregation.

17. Annex Q - Release of Liability.

18. Annex R - Mental Health Services Restraint/Suicide Watch.

19. Annex S - Key Control Log.

20. Annex T - Inmate Property Room Log

21. Annex U - Segregation Unit 24-Hour Shakedown Log

22. Annex V - 5 - 15 Minute Cell Check (1st Shift)

23. Annex W - 5 - 15 Minute Cell Check (2nd Shift)

24. Annex X - 5 - 15 Minute Cell Check (3rd Shift)


This Standard Operating Procedure supersedes SOP #5-70 dated 8/22/00 and any other post orders and Memorandums to date.

3/4/03
DATE

James H. DeLoach, Warden III
Draper Correctional Center

27

## Administrative Segregation Orientation
### Annex A

1.  It is your responsibility to abide with and obey all rules established in The <u>Handbook of Rules and Information for Inmates</u>, the <u>Administrative Regulations of the Alabama Department of Corrections</u>, and the laws of the State of Alabama.

2.  All cells will be kept clean and orderly. Do not write, mark, deface, or attach objects on the cell walls or any part thereof.

3.  Only authorized items are permitted. Other items may be considered contraband and will be subject to disciplinary action. Items that are authorized are:

    a.  Current legal papers and only two law books at any given time. When a new law book is needed, an old book must be surrendered.

    b.  Stationary items limited to stamps, envelopes, a pad of paper, and a writing instrument. All must be contained neatly in approved container.

    c.  Only issued or authorized clothing.

    d.  Issued personal hygiene items limited to one small hair comb, one bar of soap, one toothbrush, one small tube of toothpaste, toilet tissue, and one face towel. Female inmates may be issued sanitary napkins.

    e.  One book from the institutional library, one religious book of your choice, one Alcoholics Anonymous book, one Narcotics book, and a combination of up to four (4) newspapers/magazines.

    f.  One authorized radio with earphones.

4.  Other personal property items have been inventoried and stored in the property room until your release.

5.  A shower and shave is required every other day. A razor, clipper, or shaving powder will be furnished as appropriate.

6.  Meals are served three times daily, except on Sunday and holidays. A cup will remain in the cell. No food items or eating implements will be kept in the cell. Retaining, throwing, or intentionally spilling food is in violation of items 2, 3, and 6 above and subject to disciplinary action.

7.  If canteen privileges have not been withdrawn, and when security permits, permission may be granted for you to purchase from the canteen one-half (1/2) of the amount authorized for the general population inmates weekly. Insure items intended for purchase are authorized

Annex A to AR 433 (Page 1 of 2)

AR 433 January 7, 2003

Annex  A  to  SOP #5–70

prior to purchasing. If your canteen privileges have been withdrawn, and when security permits, permission may be granted for purchases not over $5.00 worth of stationary or personal hygiene items. All canteen requests must be approved by a Correctional Officer Supervisor II (Captain) or designee.

8.     You may have one visit per month from your approved visiting list. All visiting must be approved by the Warden or Warden's designee prior to the visitor's arrival at the institution. Inform all potential visitors of your status and visitation restrictions. Security considerations will determine whether visitation will be contact or non-contact.

9.     You are permitted one telephone call per month. All telephone calls must be approved by the Warden or Warden's designee prior to making the call. Inform all potential visitors of your status and visitation restrictions.

10.     All requests for canteen, telephone, or visiting privileges will be considered in relation to your purpose and conditions of being in segregation. Your conduct and demonstrated attitude, and cell inspections will determine if you warrant these privileges.

11.     A minimum of one hour of exercise in appropriate restraints will be extended daily when weather and security permits.

12.     Medical and Dental sick call will be made daily. Pill call will be held three (3) times daily when needed. When routine medical attention is needed, you should: notify an on-duty officer, fill out the sick call requests (including your name, AIS number, cell number, and the nature of your illness) and give the request to the pill call nurse. Emergency medical, dental, and psychological care will be provided as needed.

13.     A unit supervisor will visit the segregation unit.

14.     A staff psychologist will visit the unit two times weekly.

15.     The Institutional Segregation Review Board will meet to consider your status and progress for seven (7) days of continuous segregation.

16.     Inmates placed into Administrative Segregation under investigation should be reviewed and appropriate action will be taken within 72 hours of initial placement, excluding weekends and holidays.

17.     A notary public will tour the segregation unit once per week to provide notary service.

18.     When additional questions or emergencies arise, contact the officer on duty.     —

Annex A to AR 433 (Page 2 of 2)

AR 433 January 7, 2003

## DISCIPLINARY SEGREGATION ORIENTATION

1.  It is your responsibility to abide with and obey all rules established in the <u>Handbook of Rules and Information for Inmates</u>, the <u>Administrative Regulations of Alabama Department of Corrections</u> and the laws of the State of Alabama.

2.  All cells will be kept clean and orderly.  Do not write, mar, deface or attach objects on the cell walls or any part thereof.

3.  Only authorized items are permitted.  Other items may be considered contraband, subject to disciplinary action.  Items that are authorized:

    a.  Current legal papers.

    b.  Stationery items limited to stamps, envelopes, paper and one writing instrument issued by the segregation officer.

    c.  Only issued clothing and bedding articles.

    d.  Issued personal hygiene items limited to one small hair comb, one bar of soap, one toothbrush, one small tube of toothpaste, toilet tissue and one face towel.

4.  Other personal property items have been inventoried and stored in the property room until your release.

5.  A shower and shave is required every other day.  A razor and blade will be furnished.

6.  Radios and/or televisions will not be permitted.

7.  Meals are served two times daily.  A cup will remain in the cell.  No food items or eating implements will be kept in the cell.  Retaining, throwing or intentionally spilling food is in violation of items 2, 3 and 7 and subject to disciplinary action.

Annex  B  to SOP #5-70

8. Inmates in disciplinary segregation are not permitted visitors with the exception of the inmate's attorney.  Inform all potential visitors of your status and visitation restrictions.

9. Each inmate is entitled to one (1) telephone call upon request when entering segregation.

10. A minimum of thirty (30) minutes of exercise will be extended daily when weather and security permits.

11. Sick call will be made daily.  Pill call will be held three (3) times daily when needed.  When routine medical attention is needed, notify an on-duty officer prior to 7:00 a.m.  Fill out the sick call requests (including your name, AIS number, cell number and the nature of illness)  and place under and outside your door prior to 7:30 a.m.  Dental care and emergency medical care will be provided as needed.

12. A unit supervisor will visit the segregation unit daily.

13. A staff psychologist will visit the unit minimally every third day.

14. The Institutional Segregation Review Board will meet to consider your status and progress for every seven (7) days of continuous segregation.

15. The Departmental Segregation Review Board will meet and conduct a review of your status every sixty (60) days.

16. A notary public will tour the segregation unit once per week to provide notary service.

17. When additional questions or emergencies arise, contact the officer on duty.

INSTITUTION: _____

)
INMATE _____ DATE _____

_____ 1.   BIBLE (1)                          _____ 9.   TENNIS SHOES - WHITE (1 pr.)

_____ 2.   STATIONARY/STAMPS                  _____ 10.  SHOWER SHOES (1 pr.)

_____ 3.   PENCIL (1)                         _____ 11.  RELIGIOUS NECKLACE (1) -
                                                         $25.00 VALUE OR LESS

_____ 4.   SOCKS - WHITE (6 pr.)              _____ 12.  WALLET (1)

_____ 5.   UNDERSHIRTS/UNDERWEAR -            _____ 13.  WRIST WATCH (1) -
           WHITE (6)                                     $25.00 VALUE OR LESS

_____ 6.   HANDKERCHIEFS (6)                  _____ 14.  WEDDING BAND (1) -
                                                         $50.00 VALUE OR LESS

_____ 7.   TOILET ARTICLES - CLEAR,          _____ 15.  RADIO — EARPHONES (1 ea.) -
           NON-GLASS CONTAINERS                          PURCHASED FROM CANTEEN

_____ 8.   LEGAL PAPERS                       _____ 16.  BOOKS (3) - RELIGIOUS, LEGAL OR EDUCA-
                                                         TIONAL (APPROVAL BY WARDEN REQUIRED)

## DECLARATION OF VALUE

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND
WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY
EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY
DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE:

RELIGIOUS NECKLACE $_____  WRIST WATCH $_____  WEDDING BAND $_____

_____              _____
(INMATE SIGNATURE)                                              (WITNESS)

## PROPERTY STORED IN THE RECEIVING AREA:

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOWING
ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPENSE,
OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY WILL
BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____              _____
(INMATE SIGNATURE)                                              (WITNESS)

*(See reverse side for instructions)*

# DISCIPLINARY SEGREGATION WAITING LIST

| Inmate's Name | AIS # | R/S | Status | Sentence Length | Final Service Date | Entry Date | Officer |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Annex D to SOP #5-70**

# DETENTION NOTIFICATION
### Draper Correctional Center

FROM: _____ Shift Commander / Official

TO: Inmate _____ AIS # _____

REF: Placement in Administrative Segregation

You are being placed in Administrative Segregation for  (Brief Description of Reason):

_____

_____

_____

_____ .

Your placement in Segregation is authorized by _____
on this the _____ day of _____, 200   . Your confinement in Segregation
is for a period of not more than seventy-two (72) hours. Prior to the end of your 72-hour
confinement, you will either be released, served a Progress Review, a Disciplinary Notice,
or extended. This 72-hour confinement excludes weekends and holidays. You may also be
confined in Segregation by order of the I&I Division for investigation, criminal
prosecution, etc. You will be given a verbal and written orientation concerning policies and
procedures of the Segregation Unit at the time you enter the Unit. You will be allowed to
make one (1) phone call upon your initial placement into the Segregation Unit. You must
retain personal envelopes, stationary, stamps, and current legal work upon initial
placement in Segregation. You will not be allowed to go back into your property until after
sixty (60) days from your initial placement. Your signature below indicates that you have
collected and secured all of your personal property from population and acknowledges
receipt of this detention notice.

_____        _____
Inmate's Signature / AIS #                    Officer's Signature          Date / Time

1. Inmate's property has been collected and placed into the Segregation Unit Property Room.
2. Inmate was afforded the opportunity to place a phone call prior to confinement.

a. Refused _____  b. Called _____  c. Call Later _____  Time: _____

cc: Inmate's Segregation File        _____
      Classification                          Officer's Signature

### Annex E to SOP #5-70

(INSTITUTION)

## SEGREGATION UNIT ASSIGNMENT SHEET

INMATE NAME: _____    SERIAL NO: _____ CELL: _____
VIOLATION                                ADMITTANCE
OR REASON: _____       AUTHORIZED BY: _____
DATE & TIME                              DATE & TIME
RECEIVED: _____        RELEASED: _____

1.  Upon my assignment to segregation, I hereby receipt for the following issue of items and/or acknowledge the following conditions of my cell and installed equipment:

ISSUE

| ITEM | QUANTITY | ITEM | QUANTITY | ITEM | QUANTITY |
|------|----------|------|----------|------|----------|
| Bed | _____ | Drinking Cup | _____ | Toothpaste | _____ |
| Mattress | _____ | Spoon (Plastic) | _____ | Shaving Cream | _____ |
| Pillow | _____ | Toilet Paper | _____ | Bar of Soap | _____ |
| Bed Sheet | _____ | Comb | _____ | _____ | _____ |
| Blanket | _____ | Razor | _____ | _____ | _____ |
| Towel | _____ | Toothbrush | _____ | _____ | _____ |

CONDITION

_____ Cell was clean.        _____ Toilet was clean and operating.

_____ Lavatory was clean with hot and cold running water.

_____ Lighting was operational.    _____ Heating and Ventilation operational.

2.  I acknowledge that I am obligated to maintain my cell and installed equipment in the same state of cleanliness as it was upon my assignment and to economically utilize and care for the items issued to me. I acknowledge that self-destruction or negligible waste of any items of issue or installed equipment will subject me to do without such items of issue or installed equipment while assigned to segregation and/or subject me to disciplinary action. I further acknowledge that I am obligated to maintain an acceptable standard of personal physical hygiene.

_____
Signature of Inmate

Explanation for any items not issued: _____

_____

_____
Signature of OIC who witnessed
inventory by Inmate

NOTE:
1.  If inmate "refuses to sign" such fact will be recorded in lieu of signature and will be attested to by signature of OIC who will identify each item of issue and condition of cell and installed equipment to the inmate.

2.  On reverse side, record date and initials of inmate and OIC for each issue of supplemental items and exchange of towels, sheets, blanket, or other items. Also record date and initial of OIC for any violation by inmate of his obligations cited in Par. 2 above.

DOC FORM #N012

## ALABAMA BOARD OF CORRECTIONS
## DIVISION OF PROFESSIONAL SERVICES
## INMATE INTERVIEW RECORD

| NAME: Last | First | Middle | Serial No | Race | Sex | DOB: M/D/Y |
|---|---|---|---|---|---|---|
| | | | | | | |

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| DATE OF ENTRY | SUMMARY OF  INTERVIEW | SIGNATURE OF COUNSELOR |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DF C 400

PAGE _____



STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
MONTGOMERY, ALABAMA 36130

**BOB RILEY**
**GOVERNOR**

Draper Correctional Center
P.O. Box 1107
Elmore, Alabama 36025

DONAL CAMPBELL
COMMISSIONER

_____
**DATE**

**TO: Inmate** _____ **AIS #** _____

**FROM: Supervisor** _____

## REF: SEGREGATION PROBATION VIOLATION

You were placed on probation on _____ for Rule # _____ for _____ days.

On _____, you violated the probation by (reason): _____

_____

_____

_____

_____

You will begin serving the remainder of the disciplinary Segregation time which is _____ days.

_____          _____
Inmate's Signature                                          Date

_____
Witness Signature

_____
Witness Signature

cc:      Inmate's Segregation File      Segregation Commander
         Inmate's Institutional File      Captain

**Annex H to SOP #5-70**

## SOCIAL SERVICE ACTION

ᴧME _____ AIS _____ R & S _____

INSTITUTION _____ CUSTODY _____

ACTION:   Rescind: _____

           Amend: _____

           Transfer: From: _____ To: _____

           Custody: From: _____ To: _____

REASON(S)

)

ᴧATE: _____                  APPROVED: _____

**Annex I to SOP #5-70**

# DUTY POST LOG

| DATE | PRINTED NAME AND RANK SIGNATURE | SHIFT (1, 2, 3, Adm, Etc.) | DUTY POST ASSIGNMENT |
|---|---|---|---|
| ENTRY TIME | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DOC N054   Rev 6-20-89

Annex  J  to SOP #5-70

DCC   SEGREGATION UNIT
TELEPHONE LOG

| DATE | INMATE NAME | AIS# | TIME STARTED | TIME COMPLETED | CONTACT YES | MADE NO |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Annex  K  to  SOP #5-70

# SEGREGATION MOVEMENT ORDERS

FROM: SEGREGATION UNIT

TO: SEGREGATION COMMANDER

REF: 24 Hour Movement of Segregation Inmates
(5:45 AM thru 5:45 AM)

DATE _____

Page _____ of _____

| Inmate's Name | Race/AIS # | Inst | Status | Reason | From | To | Date/Time | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Number of White Males: _____
Number of Black Males: _____
Number of Other Males: _____
TOTAL: _____

DCC: _____         FLYC: _____
SCC: _____         REHF: _____
ECC: _____         OTHER: _____
KCF: _____

Admin: _____
Disc: _____
TOTAL: _____

cc:    Warden III        Shift Commander        Shift Clerk
       Warden II         Classification         Seg. Files
       Captain           ICS Office

**STATE OF ALABAMA**
**Draper Correctional Center**
**P. O. Box 1107**
**Elmore, Al. 36025**

**ABNORMAL BEHAVIOR FORM**

**DATE:** _____

    **TO:** Psychologist, Warden III, Warden II, Captain, Segregation Commander,
        Shift Commanders (3), Seg. Unit Files, Inmate File

**FROM:** _____

    **REF:** Inmate _____ **AIS #** _____

**LOCATION BEHAVIOR OCCURRED:** _____
_____

**DESCRIPTION OF BEHAVIOR OBSERVED:**
_____
_____
_____

**COMMENTS:**
_____
_____
_____

**DISPOSITION:**
_____
_____
_____
_____
_____

**Annex M to SOP #5-70**



STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
MONTGOMERY, ALABAMA 36130

BOB RILEY
GOVERNOR

DONAL CAMPBELL
COMMISSIONER

### Draper Correctional Center
P.O. Box 1107
Elmore, Alabama 36025

## LIVING AGREEMENT

We acknowledge that our problem has been resolved and that we can live at this institution without further incident and/or disagreement between us. This statement is made of our own free will without any threats or promises from anyone. We also agree that a copy of this agreement will be placed in my/our institutional files and any violation of this agreement will result in disciplinary action for all parties concerned.

This agreement is to be made a part of the inmate's Institutional file and any violation of this said agreement will be brought to the immediate attention of the Warden and/or Assistant Warden.

INMATE'S NAME          AIS#          INMATE'S SIGNATURE          DATE

_____

_____

_____

_____

_____

_____

CIRCUMSTANCES: _____

_____

_____

_____

WITNESS _____ DATE _____ TIME _____

ANNEX N to SOP #5-70

# DRAPER SEGREGATION UNIT
# STRIPPED CELL FORM

**DATE:** _____          **REF:** _____ / _____
                                              Inmate's Name              AIS #

**FROM:** _____  **CELL #** _____

   **TO: James H. DeLoach, Warden III**

**Reason Inmate Stripped and/or Restrained:** _____

_____

_____

_____

**Observations:** _____

_____

_____

_____

**72 Hour Disposition:** _____

_____

_____

_____

**Further Disposition after Second 72 Hours:** _____

_____

_____

cc:    **Staff Psychologist      Segregation Commander    Inmate Segregation File**
       **Warden II               Segregation Cubicle       File**
       **Captain                 Inmate Institutional File**

                    **Annex  O  to SOP #5-70**



STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
MONTGOMERY, ALABAMA 36130

BOB RILEY
GOVERNOR

DONAL CAMPBELL
COMMISSIONER

### Draper Correctional Center
P.O. Box 1107
Elmore, Alabama 36025

_____
**DATE**

## M-E-M-O-R-A-N-D-U-M

**TO: Inmate** _____ **AIS #** _____

**FROM:** _____ **Position** _____

**REF: EXTENSION OF ADMINISTRATIVE SEGREGATION**

You were placed in Administrative Segregation by _____

for _____.

Upon completion, for the above action, you will be given a disciplinary, Form 85 – Due Process Hearing, have your Administrative Segregation time extended, and/or given a facility transfer due to orders from a Mental Health/Medical Professional, or be released from Segregation.

_____
Inmate's Signature                    Date                    Time

_____
Witness' Signature & Position          Date                    Time

cc:    Warden III          Shift Commanders (3)      Inmate's File
       Warden II           Classification Supervisor  Segregation File
       Captain             Psychologist               Inmate
       Segregation Commander  Segregation Cubicle      File

**Annex P to SOP #5-70**



STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
MONTGOMERY, ALABAMA 36130

**BOB RILEY**
**GOVERNOR**

**DONAL CAMPBELL**
**COMMISSIONER**

### Draper Correctional Center
P.O. Box 1107
Elmore, Alabama 36025

## RELEASE OF LIABILITY
### (to Return to General Inmate Population)

I, _____, AIS # _____ do hereby request to be released to the general inmate population. I make this request of my own free will without threat, force, or coercion. I agree, without reservation, not to hold either the below named witnesses nor the Department of Corrections, in part or in whole, liable, either criminally or civilly, for any harm which I might sustain as a result of signing this statement and going into the general inmate population. I further understand that signing this statement does not bar me from requesting protection or isolation should I need it in the future.

_____
DATE

_____
INMATE SIGNATURE                AIS #

_____
WITNESS SIGNATURE

_____
WITNESS SIGNATURE

cc: Institutional File
    File

**Annex  Q  to  SOP #5-70**

## DRAPER CORRECTIONAL CENTER

### MENTAL HEALTH SERVICES
### RESTRAINT/SUICIDE WATCH

Patient's Name _____ AIS# _____
Reason for restraint _____
Type of restraint applied _____
Date & Time in restraint or on Suicide Watch _____
Primary Therapist _____ Ordered by _____

| EVENT/ACTIVITY CODE: | RECORD | EVENT/ACTIVITY | CODE AND INITIAL |
|---|---|---|---|
| 1. Verbal/Relaxed | 7:00am_____ | 3:00pm_____ | 11:00pm_____ |
| | 7:15_____ | 3:15_____ | 11:15_____ |
| 2. Quiet | 7:30_____ | 3:30_____ | 11:30_____ |
| | 7:45_____ | 3:45_____ | 11:45_____ |
| 3. Sleeping | 8:00_____ | 4:00_____ | 12:00_____ |
| | 8:15_____ | 4:15_____ | 12:15_____ |
| 4. Yelling | 8:30_____ | 4:30_____ | 12:30_____ |
| | 8:45_____ | 4:45_____ | 12:45_____ |
| 5. Struggling | 9:00_____ | 5:00_____ | 1:00_____ |
| | 9:15_____ | 5:15_____ | 1:15_____ |
| 6. Crying | 9:30_____ | 5:30_____ | 1:30_____ |
| | 9:45_____ | 5:45_____ | 1:45_____ |
| 7. Hallucinating | 10:00_____ | 6:00_____ | 2:00_____ |
| | 10:15_____ | 6:15_____ | 2:15_____ |
| 8. Delusional | 10:30_____ | 6:30_____ | 2:30_____ |
| | 10:45_____ | 6:45_____ | 2:45_____ |
| 9. Meals Accepted | 11:00_____ | 7:00_____ | 3:00_____ |
| | 11:15_____ | 7:15_____ | 3:15_____ |
| 10. Meals Rejected | 11:30_____ | 7:30_____ | 3:30_____ |
| | 11:45_____ | 7:45_____ | 3:45_____ |
| 11. Fluids Accepted | 12:00_____ | 8:00_____ | 4:00_____ |
| | 12:15_____ | 8:15_____ | 4:15_____ |
| 12. Fluids Rejected | 12:30_____ | 8:30_____ | 4:30_____ |
| | 12:45_____ | 8:45_____ | 4:45_____ |
| 13. Bath – Shower | 1:00_____ | 9:00_____ | 5:00_____ |
| | 1:15_____ | 9:15_____ | 5:15_____ |
| 14. Toilet Used | 1:30_____ | 9:30_____ | 5:30_____ |
| | 1:45_____ | 9:45_____ | 5:45_____ |
| 15. Exercised | 2:00_____ | 10:00_____ | 6:00_____ |
| | 2:15_____ | 10:15_____ | 6:15_____ |
| 16. Refused Exercise | 2:30_____ | 10:30_____ | 6:30_____ |
| | 2:45_____ | 10:45_____ | 6:45_____ |

NOTE: 1. Any patient placed in restraint is to be observed and a notation made at least every 30 minutes.

2. Any patient in restraint should have access to a toilet at least every hour or as needed.

3. Any patient in restraint should be provided sufficient fluids to replace loss fluids.

4. Any patient on Suicide Watch is to be observed and notations made at least every 15 minutes.

CC:  File

Revised 5/99

## Inmate Property Room Log

| Time Entered | Date | Officer | Reason | Time Out |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Note:**
**Once this log is filled send the completed form to the Captain.**

**Annex T to SOP #5-70**

**DRAPER SEGREGATION UNIT**
**24 HOUR SHAKEDOWN LOG**

DATE: _____

| CELL # | INMATE'S NAME | RESULTS | ACTION TAKEN | OFFICER'S NAME |
|--------|---------------|---------|--------------|----------------|
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |
|        |               |         |              |                |

ANNEX U to SOP #5-70

## DRAPER SEGREGATION CELL CHECK

ENTRY TIME        SHIFT: 1ST

DATE:                OIC:

5:45AM-1:45PM     CELL CHECK LIST FOR ----- 5 minute check #_____, #_____, #_____
                                    ------10 minute check #_____, #_____, #_____
                                    ------15 minute check #_____, #_____, #_____

| | | | |
|---|---|---|---|
| 5:45AM____ | 8:00AM____ | | |
| 5:50AM____ | 8:05AM____ | 10:20AM____ | 12:35PM____ |
| 5:55AM____ | 8:10AM____ | 10:25AM____ | 12:40PM____ |
| 6:00AM____ | 8:15AM____ | 10:30AM____ | 12:45PM____ |
| 6:05AM____ | 8:20AM____ | 10:35AM____ | 12:50PM____ |
| 6:10AM____ | 8:25AM____ | 10:40AM____ | 12:55PM____ |
| 6:15AM____ | 8:30AM____ | 10:45AM____ | 1:00PM____ |
| 6:20AM____ | 8:35AM____ | 10:50AM____ | 1:05PM____ |
| 6:25AM____ | 8:40AM____ | 10:55AM____ | 1:10PM____ |
| 6:30AM____ | 8:45AM____ | 11:00AM____ | 1:15PM____ |
| 6:35AM____ | 8:50AM____ | 11:05AM____ | 1:20PM____ |
| 6:40AM____ | 8:55AM____ | 11:10AM____ | 1:25PM____ |
| 6:45AM____ | 9:00AM____ | 11:15AM____ | 1:30PM____ |
| 6:50AM____ | 9:05AM____ | 11:20AM____ | 1:35PM____ |
| 6:55AM____ | 9:10AM____ | 11:25AM____ | 1:40PM____ |
| 7:00AM____ | 9:15AM____ | 11:30AM____ | 1:45PM____ |
| 7:05AM____ | 9:20AM____ | 11:35AM____ | |
| 7:10AM____ | 9:25AM____ | 11:40AM____ | |
| 7:15AM____ | 9:30AM____ | 11:45AM____ | |
| 7:20AM____ | 9:35AM____ | 11:50AM____ | |
| 7:25AM____ | 9:40AM____ | 11:55AM____ | |
| 7:30AM____ | 9:45AM____ | 12:00PM____ | |
| 7:35AM____ | 9:50AM____ | 12:05PM____ | |
| 7:40AM____ | 9:55AM____ | 12:10PM____ | * 5 minute |
| 7:45AM____ | 10:00AM____ | 12:15PM____ | Ø 10 minute |
| 7:50AM____ | 10:05AM____ | 12:20PM____ | ✓ 15 minute |
| 7:55AM____ | 10:10AM____ | 12:25PM____ | |
| | 10:15AM____ | 12:30PM____ | |

ROVER CELLS 01-12 RADIO #12-60591_____

ROVER CELLS 13-24 RADIO #12-57295_____

SEG. CUBICLE      RADIO #12-60054_____

**Annex V to SOP #5-70**

DRAPER SEGREGATION CELL CHECK

| ENTRY TIME | SHIFT [2nd] | | |
|---|---|---|---|
| | | DATE: | OIC |

1:45pm-9:45pm    CELL CHECK LIST FOR: ----- 5minute check# _____ ,# _____ ,# -- ,#
------10 minute check_____ ,# _____ ,# _____ ,#
----- 15 minute check_____ ,# _____ ,# _____ ,#

| | | | |
|---|---|---|---|
| 1:45pm_____ | 4:00pm_____ | 6:15pm_____ | 8:35pm_____ |
| 1:50pm_____ | 4:05pm_____ | 6:20pm_____ | 8:40pm_____ |
| !:55pm_____ | 4:10pm_____ | 6:25pm_____ | 8:45pm_____ |
| 2:00pm_____ | 4:15pm_____ | 6:30pm_____ | 8:50pm_____ |
| 2:05pm_____ | 4:20pm_____ | 6:35pm_____ | 8:55pm_____ |
| 2:10pm_____ | 4:25pm_____ | 6:40pm_____ | 9:00pm_____ |
| 2:15pm_____ | 4:30pm_____ | 6:45pm_____ | 9:05pm_____ |
| 2:20pm_____ | 4:35pm_____ | 6:50pm_____ | 9:10pm_____ |
| 2:25pm_____ | 4:40pm_____ | 6:55pm_____ | 9:15pm_____ |
| 2:30pm_____ | 4:45pm_____ | 7:00pm_____ | 9:20pm_____ |
| 2:35pm_____ | 4:50pm_____ | 7:05pm_____ | 9:25pm_____ |
| 2:40pm_____ | 4:55pm_____ | 7:10pm_____ | 9:30pm_____ |
| 2:45pm_____ | 5:00_____ | 7:15pm_____ | 9:35pm_____ |
| 2:50pm_____ | 5:05pm_____ | 7:20pm_____ | 9:40pm_____ |
| 2:55pm_____ | 5:10pm_____ | 7:25pm_____ | 9:45pm_____ |
| 3:00pm_____ | 5:15pm_____ | 7:30pm_____ | |
| 3:05pm_____ | 5:20pm_____ | 7:35pm_____ | |
| 3:10pm_____ | 5:25pm_____ | 7:40pm_____ | |
| 3:15pm_____ | 5:30pm_____ | 7:45pm_____ | * 5 minute |
| 3:20pm_____ | 5:35pm_____ | 7:50pm_____ | ø 10 minute |
| 3:25pm_____ | 5:40pm_____ | 7:55pm_____ | √ 15 minute |
| 3:30pm_____ | 5:45pm_____ | 8:00pm_____ | |
| 3:35pm_____ | 5:50pm_____ | 8:05pm_____ | |
| 3:40pm_____ | 5:55pm_____ | 8:10pm_____ | |
| 3:45pm_____ | 6:00pm_____ | 8:15pm_____ | |
| 3:50pm_____ | 6:05pm_____ | 8:20pm_____ | |
| 3:55pm_____ | 6:10pm_____ | 8:30pm_____ | |

ROVER #52
CELLS 1-12 _____

ROVER #53
CELLS 13-24 _____

Annex W to SOP #5-70

# DRAPER SEGREGATION UNIT
## CELL CHECK

ENTRY TIME _____    SHIFT (3RD) _____    DATE _____    OFFICER-IN-CHARGE _____

9:45 pm – 5:45 am    Cell Check List for: ---- 5 minute check #_____, #_____, #_____, #_____
                                          -- 10 minute check #_____, #_____, #_____, #_____
                                          -- 15 minute check #_____, #_____, #_____, #_____

| | | | |
|---|---|---|---|
| 9:45 pm _____ | 12:00 am _____ | 2:15 am _____ | 4:30 am _____ |
| 9:50 pm _____ | 12:05 am _____ | 2:20 am _____ | 4:35 am _____ |
| 9:55 pm _____ | 12:10 am _____ | 2:25 am _____ | 4:40 am _____ |
| 10:00 pm _____ | 12:15 am _____ | 2:30 am _____ | 4:45 am _____ |
| 10:05 pm _____ | 12:20 am _____ | 2:35 am _____ | 4:50 am _____ |
| 10:10 pm _____ | 12:25 am _____ | 2:40 am _____ | 4:55 am _____ |
| 10:15 pm _____ | 12:30 am _____ | 2:45 am _____ | 5:00 am _____ |
| 10:20 pm _____ | 12:35 am _____ | 2:50 am _____ | 5:05 am _____ |
| 10:25 pm _____ | 12:40 am _____ | 2:55 am _____ | 5:10 am _____ |
| 10:30 pm _____ | 12:45 am _____ | 3:00 am _____ | 5:15 am _____ |
| 10:35 pm _____ | 12:50 am _____ | 3:05 am _____ | 5:20 am _____ |
| 10:40 pm _____ | 12:55 am _____ | 3:10 am _____ | 5:25 am _____ |
| 10:45 pm _____ | 1:00 am _____ | 3:15 am _____ | 5:30 am _____ |
| 10:50 pm _____ | 1:05 am _____ | 3:20 am _____ | 5:35 am _____ |
| 10:55 pm _____ | 1:10 am _____ | 3:25 am _____ | 5:40 am _____ |
| 11:00 pm _____ | 1:15 am _____ | 3:30 am _____ | 5:45 am _____ |
| 11:05 pm _____ | 1:20 am _____ | 3:35 am _____ | |
| 11:10 pm _____ | 1:25 am _____ | 3:40 am _____ | |
| 11:15 pm _____ | 1:30 am _____ | 3:45 am _____ | |
| 11:20 pm _____ | 1:35 am _____ | 3:50 am _____ | * - 5 minute |
| 11:25 pm _____ | 1:40 am _____ | 3:55 am _____ | 0 - 10 minute |
| 11:30 pm _____ | 1:45 am _____ | 4:00 am _____ | X - 15 minute |
| 11:35 pm _____ | 1:50 am _____ | 4:05 am _____ | |
| 11:40 pm _____ | 1:55 am _____ | 4:10 am _____ | |
| 11:45 pm _____ | 2:00 am _____ | 4:15 am _____ | |
| 11:50 pm _____ | 2:05 am _____ | 4:20 am _____ | |
| 11:55 pm _____ | 2:10 am _____ | 4:25 am _____ | |

ROVER'S SIGNATURE _____

**Annex X to SOP #5-70**



STATE OF ALABAMA
**DEPARTMENT OF CORRECTIONS**
MONTGOMERY, ALABAMA 36130

BOB RILEY
GOVERNOR

DONAL CAMPBELL
COMMISSIONER

Draper Correctional Center
P.O. Box 1107
Elmore, Alabama 36025

_____
**DATE**

**TO: Inmate** _____ **AIS #** _____

**FROM: Supervisor** _____

## REF: SEGREGATION PROBATION VIOLATION

You were placed on probation on _____ for Rule # _____ for _____ days.

On _____, you violated the probation by (reason): _____

_____

_____

_____

You will begin serving the remainder of the disciplinary Segregation time which is _____ days.

_____          _____
        Inmate's Signature                          Date

_____
        Witness Signature

_____
        Witness Signature

cc:    Inmate's Segregation File       Segregation Commander
       Inmate's Institutional File     Captain

**Annex Z to SOP #5-70**