IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERT ALONZO SAYLOR, #170237 ) | |
| Plaintiff, ) | |
| Vs. | CIVIL ACTION NO: 2:05-CV-536-MHT |
| JAMES DELOACH, et al., ) | |
| Defendants. ) | |

## AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Joseph Womble, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is Joseph Womble. I am currently employed as a Correction Officer Supervisor II (Captain) with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

Draper Correctional Center does not have a sprinkler system. The Segregation Unit does have fire-extinguishers equipment to include five (5) fire extinguishers and a fire hose with an adjustable fire nozzle. Draper Correctional Center meets fire codes as required by the Fire Marshall.

Inmates assigned to Segregation Unit do have access to the Institutional Law Library. The inmates request the materials through a written request and an inmate law clerk finds the material requested and delivers it to the segregation to the inmate. Each inmate is advised of this procedure during the intake into segregation.

Each shift has a Notary Public assigned to them. The inmate request for a Notary Public and the service is provided. Each inmate is advised of the procedure during intake.

Draper Segregation Unit has an inmate assigned to clean up daily. The inmate cleaner uses disinfectant and soaps each day. The inmates are allowed to keep shower shoes for showers. Rubber mats are not used in any showers at Draper Correctional Center.

The laundry is picked up daily from the segregation. The jumpsuits that are worn by the segregation inmates are changed out every other day.

All inmates are orientated on procedures of the segregation unit when they are processed into the unit.

Inmate Saylor's allegations have no merit.

_____
Joseph Womble, Captain

SWORN TO AND SUBSCRIBED before me this 27th day of February 2006.

_____
Notary Public

My Commission Expire  8-1-07