Bert A. Saylor #170237
"Plaintiff"
Vs
James Deloach, et. al
"Defendents"

Case # 2:05-cv-00536-MHT-SRW

RECEIVED 2006 APR 10 A 11:27
RECEIVED 2006 APR 18 A 9:54

## Affidavit
(Rule 56 Federal Rules Of Procedure)

I Bert A. Saylor 170237, a Inmate confine at W.E. Donaldson, hereby swear that I am over the age of twenty-one, and that this is a affidavit of the said facts in this said Civil procedure.

The Defendents admitted under oath before a Notary Public that Draper Corr. Center does not have a sprinkler system. The Defendents also each claim that Inmates assigned to the Segregation Unit has access to the law library, and as well as access to laundry daily. This is not true, See Exhibit's mark 1,2,3. Plaintiff try to request access to law books, and even access to personal laundry. The Defendents refuse to to do so.

## Plaintiff's Allegation's

While confine at the Seg. Unit at Draper from Feb 5th Mar. 21st 2005, countless times I have requested access to the law library and to be albe to wash personal laundry.

At which time, I even spoke to Warden Deloach and Capt. Womble concerning these matters, both Defendents reply was the following:
"You are in Seg. for Escape and you don't have any rights, and if you keep bothing our Seg. Officers, you will be delt with.

"Cont."
1/3 pages

Plaintiff took this as a direct threat to his safety.

Plaintiff Notice on many shower days the following:
(From Seg. cell 24) Dureing and after each shower period, outside the shower door, the officers in the Seg. Unit would lay Prisoner's Jump Suits down to soak up the water outside the Shower door. (Which is a heath hazard to all Inmates)

At times the shower would go days without being clean by anyone.

The Defendents states that Inmates personal laundry is wash daily, the Plaintiff likes to know how this can be, when all inmates laundry bags is taken upon arriver in Seg. and no other laundry bag is given to inmates.

The Defendents claims is unfounded and Plaintiff ask this Court to Rule on Plaintiff's behalf.

Plaintiff Never claims that Prison sould be as a "hotel," but that Inmates sould have access to Courts, and provided with a means to maintain a personal hygeine care.

Dues to Defendents disregarding the basic needs of all Inmates in there care, Plaintiff under went a period of Emotional distress from lack of personal hygeine and was deneid access to the law library which cause more emotional distress.

Federal law states that a Inmate don't have to be harm to claim, or file a Suit. (Helling V. Mckinney)

I hereby under oath swear that

2/3 pages

the forgoing is true and correct on this said date of April 4th 06

x _Bert A. Saylor_
BerT A. Saylor

Sworn to And Subscribed on this said date of _____ 06.

_____
Bert A Saylor 120237

_____
Notary Public

3/3 Pages

## Conclusion

The Plaintiff respectfully submitt that the Defendents has no genuine issue to deneid the material facts raise in this Allegation(s)

Respectfully submitted on this the 17th day of April, 2006.

Bert A. Saylor
Plaintiff

Address of Plaintiff
  Bert A. Saylor
170237 6-83
W.E. Donaldson
100 Warrior lane
Bessemer, Al 35023-7299

## Certificate of Service

I hereby certify that on the date of April 4th 2006 I served a copy of the forgoing on the Counsel of the Defendents, by placeing in the United States Mail, postage prepaid and properly address as Follows:

Office of the Attorney General
  11 South Union Street
Montgomery, Al 36130

Bert A Saylor 170237
Plaintiff § A.I.S #

Bert A. Saylor 170237
V's
James Deloach et, al

Ref: 2:05-CV-00536-MHT-SRW

April 4th 2006

Honalbe Court, I am confine in lock-up and do not have access to a Notary Public.

I under presury hereby swear the information provided is true and correct.
On this said day of April 4th 06

Bert Saylor
"Plaintiff"