IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERT ALONZO SAYLOR, #170237 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-536-MHT |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon review of the response filed by the plaintiff April 18, 2006 (Court Doc. No. 13), and for good cause, it is

ORDERED that the Recommendation entered on April 14, 2006 (Court Doc. No. 12) be and is hereby WITHDRAWN.

DONE, this 19th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE