Bert A. Saylor, 170237
"Plaintiff"
    Vs
James Deloach, et. al
"Defendents"

Case # 2:05-CV-536-MHT [WO]

RECEIVED 2006 APR 24 A 10:02

Objection To Recommendation

Plaintiff believes the recommendation of this Court is unfair and unjust. Plaintiff brings forth the following reasons:

#1) Plaintiff in fact file within the time frame order by this Court on 4-4-06. It was return to plaintiff, plaintiff serve a copy on Defendents by mail on 4-4-06.

#2) Plaintiff is not a lawyer nor has Plaintiff under went any type of training for legal work. Due to this and not haveing proper access to the law library here at Donaldson, Plaintiff is doing the best he can to follow the order set down by this Honalbe Court.

#3) Plaintiff was lead to belief that Plaintiff had to re-file his claim, which he did so on 4-17-06.

#4) The Defendents lie under oath in there Statements, if this Honalbe CourT will bear with the Plaintiff, Plaintiff will prove. his case.

I here by swear and confirm that the forgoing is true and correct and that on April 4th 2006 I file a reply to Defendents untrue story by sending a copy to Defendents lawyer.
On this said date of April 18th 06

*Bert Suyl*
Plaintiff