IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BERT ALONZO SAYLOR,            )<br>                                )<br>    Plaintiff,               )<br>                                )         CIVIL ACTION NO.<br>    v.                          )         2:05cv536-MHT<br>                                )<br>JAMES DELOACH, Warden,          )<br>et al.,                         )<br>                                )<br>    Defendants.                 ) | |

### ORDER

Because an order (doc. no. 14) was entering withdrawing the report and recommendation (doc. no. 12), it is ORDERED that plaintiff's objection (doc. no. 15) is overruled as moot.

DONE, this the 28th day of April, 2006.

           /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE