Clerk  10/10/06

Ref: 2:05-CV-536-MHT

RECEIVED 2006 OCT 12 A 9:21 DEBR[A] [H]ACKETT U.S. [DIST]RICT COUR[T] MI[DDLE DISTRICT ALA]

This is to inform This Court of my release on 10/14/06

Upon my release, I will contact this Court to make arrangements to pay the remaining amount due at this time.

Respectfully
Be[rt] Say[e]
170237

~~Home Address~~

930 Walter Whitt Rd
Boaz, Al 35956