NO PDF ATTACHED TO THIS ENTRY.  SEE DOC. #10 FOR PDF.