IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERT ALONZO SAYLOR, AIS#170237, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv536-MHT |
| ) | (WO) |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 12, 2007 (doc. no. 19), and after an independent and de novo review of the record, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendants' motion for summary judgment (doc. no. 18) is GRANTED.

2. Judgment is ENTERED in favor of defendants and against plaintiff.

3. The costs of this proceeding are TAXED against plaintiff.

4. This case is DISMISSED with prejudice.

DONE, this the 14th day of January, 2008.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE