IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERT ALONZO SAYLOR, AIS#170237, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES DELOACH, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:05cv536-MHT <br> (WO) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of defendants and against plaintiff; that this action is dismissed; and that the defendants recover the costs of this action.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of January, 2008.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE